Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **FFBC Operations, LLC** | |
| 2. | All other names debtor used in the last 8 years | **dba Celis Brewery; dba Celis Brewery Inc.** | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _3_ _8_ – _3_ _9_ _9_ _4_ _3_ _6_ _3_ | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10001 Metric Blvd** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Austin**          **TX**    **78758** | |
| City                State    ZIP Code | City                          State    ZIP Code |
| **Travis** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City                          State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

**7.  Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>4</u>   <u>4</u>   <u>5</u>   <u>3</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                     MM / DD / YYYY
        District _____  When _____  Case number _____
                                                     MM / DD / YYYY
        District _____  When _____  Case number _____
                                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.  Debtor  **FFBC Real Estate, LLC** _____    Relationship  **Affilate**

List all cases. If more than 1, attach a separate list.

District  **Western Dist. of Texas, Austin Div.**    When  **07/01/2019**
MM / DD / YYYY

Case number, if known  _____

Debtor  _____    Relationship  _____

District  _____    When  _____
MM / DD / YYYY

Case number, if known  _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number        Street

_____

_____
City            State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/01/2019**
MM / DD / YYYY

X **/s/ Christine Celis**      **Christine Celis**
Signature of authorized representative of debtor    Printed name

Title **Manager of General Partner of Member**

| 18. | Signature of attorney | X **/s/ Eric J. Taube**      Date **07/01/2019** |
|---|---|---|
| | | Signature of attorney for debtor      MM / DD / YYYY |

**Eric J. Taube**
Printed name

**Waller Lansden Dortch & Davis, LLP**
Firm name

**100 Congress Avenue, 18th Floor**
Number      Street

_____

**Austin**      **TX**      **78701**
City      State      ZIP Code

**(512) 685-6400**      **eric.taube@wallerlaw.com**
Contact phone      Email address

**19679350**      **TX**
Bar number      State

**Fill in this information to identify the case:**

Debtor name    **FFBC Operations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Blue River Fox, LLC 1109 Mission Ridge Austin, TX 78704 | | Loan | | | | $500,000.00 |
| 2 | Eventbrite 155 5th St. San Francisco, CA 94103 | | Unknown | | | | $500,000.00 |
| 3 | Berlin Packaging PO Box 74007164 Chicago, IL 60674-7164 | | Services | | | | $191,000.00 |
| 4 | Ampersand 2901 Via Fortuna Suite 185 Austin, TX 78746 | | | | | | $145,751.69 |
| 5 | Microstar 2401 15th Street Suite 200 Denver, CO 80202 | | | | | | $102,866.29 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Co.Mac. S.r.l. Via Giuseppe Garibaldi, 34N 24040 Bonate Sotto BG ITALY | | Services | | | | $97,077.99 |
| 7  Country Malt Group/Brewcraft USA PO Box 51602 Los Angeles, CA 90051-5902 | | | | | | $80,542.87 |
| 8  BrauKon Gewebering 3 83370 Seeon GERMANY | | Services | | | | $60,000.07 |
| 9  American Canning 6231 E. Stassney Lane Bldg. 13-300 Austin, TX 78744 | | Services | | | | $57,557.70 |
| 10  Crosby Hop Farm LLC 8648 Crosby Rd NE Woodburn, OR 97071 | | | | | | $51,122.91 |
| 11  Brewers Supply Group (BSG) P.O. Box 74769 Boulder, CO 80306 | | Services | | | | $48,651.80 |
| 12  Pen & Tell Us 2101 Elton Lane Austin, TX 78703 | | Services | | | | $48,391.43 |
| 13  Great Western Malting Company PO Box 1529 Vancouver, WA 98668-1529 | | | | | | $43,016.51 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Great American Insurance Group (SK&P Ins 9600 Great Hills Trail Suite 170E Austin, TX 78759-6327 | | Insurance | | | | $27,747.00 |
| 15  Fruition Construction ILC 3865 NC-16 Business Denver, NC 28037 | | Services | | | | $25,725.65 |
| 16  Transmarket P.O. Box 16651 Temple Terrace, FL 33687 | | Services | | | | $22,266.61 |
| 17  James Houchins P.O. Box 40028 Austin, TX 78704 | | Services | | | | $21,734.64 |
| 18  The Boelter Companies P.O. Box 8741 Carol Stream, IL 60197-8741 | | Services | | | | $20,396.10 |
| 19  Pak Tech 1680 B Irving Road Eugene, OR 97402 | | | | | | $20,074.99 |
| 20  Ball Corporation 10 Long Peaks Dr. Broomfield, Co 80021 | | Services | | | | $19,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **FFBC Operations, LLC**                                    CASE NO

                                                                     CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _7/1/2019_____          Signature _*/s/ Christine Celis*_____

                                                         *Christine Celis*
                                                         *Manager of General Partner of Member*

Date _____          Signature _____

3LR Process Piping
7551 E 18th St S
Muskogee, OK 74403


ADT Security Services
3190 South Vaughn Way
Aurora, CO 80014


Airgas National Carbonation
P.O. Box 602792
Charlotte, NC
28260-2792


American Canning
6231 E. Stassney Lane
Bldg. 13-300
Austin, TX 78744


American Express
PO Box 640558
Dallas, TX 75265-0558


American Fabric Filter
PO Box 7560
Wesley Chapel, FL 33545-0110


Ampersand
2901 Via Fortuna
Suite 185
Austin, TX 78746


Amplify Credit Union
PO Box 81369
Austin, TX 78708


APD Alarm Unit
PO Box 684279
Austin, TX 78768

Aromatech
7001 McCoy Road
Unit 200
Orlando, FL 32822


Artic Concepts
2313 Lockhill Selma Road
#126
San Antonio, TX 78230


ASBC
3340 Pilot Knob Road
St. Paul, MN 55121


ASCAP
PO Box 331608
Nashville, TN 37203


ASQ
P.O. Box 3033
Milwaukee, WI 53201


Atlas Labels and Packaging
3107 Merriam Lane
Kansas City, KS 66106


Atlas, Hall & Rodriguez, LLP
Attn: Daniel G. Gurwitz/Betsy Dyke
P.O. Drawer 3725
McAllen, TX 78502


Austin Air & Ice LLC
PO Box 2374
Leander, TX 78646


AVL Growth Partners
1445 Pearl Street
#201
Boulder, CO 80302

Ball Corporation
10 Long Peaks Dr.
Broomfield, Co 80021


Barks for Beer
2407 S. Congress Avenue
Suite E-401
Austin, TX 78704


Beer Marketers Insights
49 E. Maple Avenue
Suffern, NY 10901


Berlin Packaging
PO Box 74007164
Chicago, IL 60674-7164


Big Fish - HVAC
168 Warehouse Drive
Buda, TX 78610


Bioplast Manufacturing LLC
128 Wharton Rd
Bristol, PA 19007


Bradley Foster
2818 Saratoga Dr.
Austin, TX


BrauKon
Gewebering 3
83370 Seeon
GERMANY


Brewers Association
PO Box 1679
Boulder, CO 80306

Brewers Supply Group (BSG)
P.O. Box 74769
Boulder, CO 80306


Briggle & Polan, PLLC
Attn:Parker P. Polan/S.A. Hayden Briggle
812 San Antonio St., Ste. 310
Austin, TX 78701


Broadcast Music Industry (BMI)
10 Music Square E
Nashville, TN 37203


Bruce Elfant - Tax Assessor
PO Box 149328
Austin, TX 78714-9328


C. Ashley Callahan
Law Offices of C. Ashley Callahan, P.C.
The Haehnel Buildings
1101 E. 11th St.
Austin, TX 78702

Capital SBA Loan
NW 6441
PO Box 1450
Minneapolis, MN 55485-6441


Celis Phoenix, LLC
4627 Inicio Lane
Austin, TX 78725


Cintas
PO Box 650838
Dallas, TX 75265-0838


Cleaver Brooks
1956 Singleton Blvd
Dallas, TX 75212

Cleveland Terrazas PLLC
4611 Bee Cave Rd
Suite 306 B
Austin, TX 78746


CMC-Kuhnke
40 McCullough Dr.
New Castle, DE 19720


Co.Mac. S.r.l.
Via Giuseppe Garibaldi, 34N
24040 Bonate Sotto BG
ITALY


Coats Rose, PC
9 Greenway Plaza
Ste. 1100
Houston, TX 77046


Colin McNally
4809 Timberline Dr.
Austin, TX 78746


Commerce Bank (Visa)
PO Box 41084
Kansas City, MO 64141-4084


Connell Landscapes
PO Box 50137
Austin, TX 78763


Cornucopia Popcorn
3211 Red River Street
Austin, TX 78705


Country Malt Group/Brewcraft USA
PO Box 51602
Los Angeles, CA 90051-5902

Crosby Hop Farm LLC
8648 Crosby Rd NE
Woodburn, OR 97071


Crown Equipment
PO Box 941173
Cincinnati, OH 45264-1173


Crown Lift Trucks
4400 N E Loop 410
Suite 140
San Antonio, TX 78218


CTRMA Processing
PO Box 734182
Dallas, TX 75373-4182


Darby Law Firm
8127 Mesa Drive
b206
Austin, TX 78759


David Gohr
1410 Tejas Trail, Unit B
Harker Heights, TX 76548


Del Papa Distributing
1220 Gulf Fwy
Texas City, TX 77591


Denise Alvey
15111 County Rd 498
Lindale, TX 75771


Draftex Draught Services, Inc.
1364 Tractor Pass
Schertz, TX 78154

DuBois, Bryant & Campbell, LLP
Attn: Curran M. Walker
303 Colorado, Suite 2300
Austin, TX 78701


Duraserv Corp
P.O. Box 840602
Dallas, TX 75284


Ecolab
P.O. Box 70343
Chicago, IL 60673-0343


Eventbrite
155 5th St.
San Francisco, CA 94103


Fastenal
P.O. Box 978
Winona, MN 55987


Favorite Brands, LLC
c/o Atlas, Hall & Rodriguez, LLP
Attn: Joseph Vale
818 W. Pecan Blvd.
McAllen, TX 78502

Foley & Lardner LLP
3000 One American Center
600 Congress Avenue
Austin, TX 78701


Ford Credit
PO Box 650575
Dallas, TX 75265


Fortify Security
Attn: Hector Salazar
205 Los Cabos Drive
Dallas, TX 75232

Fruition Construction lLC
3865 NC-16 Business
Denver, NC 28037


Geeks Who Drink, LLC
PO Box 674217
Dallas, TX 75267-4217


Gintzler Internantional
951 Hwy 183 N
Liberty Hill, TX 78642-6307


Goldstein & McClintock
Attn: Brian J. Jackiw
111 W. Washington, Ste. 1221
Chicago, IL 60602


Goodwill Central Texas
1015 Norwood Park Blvd
Austin, TX 78753


Gordon & Rees
1111 Broadway
Suite 1700
Oakland, CA 94607


Great American Insurance Group (SK&P Ins
9600 Great Hills Trail
Suite 170E
Austin, TX 78759-6327


Great Western Malting Company
PO Box 1529
Vancouver, WA 98668-1529


Green Air Supply
2523 Jefferson Avenue
Tacoma, WA 98402

Green Guard
4159 Shoreline Dr.
St. Louis, MO 63045


Greg Mercurio
3613 Cornerstone Street
Round Rock, TX 78681


Hajjar Peters LLP
Attn: Charlie Shelton
3144 Bee Caves Rd.
Austin, TX 78746


Herc Rentals
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134


Hollingbery & Son, Inc.
302 N. 1st Avenue
Yakima, WA 98902


Holloman Group
7557 Rambler Road
Suite 560
Dallas, TX 75231


HP2
2880 East Northern Avenue
Phoenix, AZ 85028


IFM Effector Inc.
1100 Atwater Drive
Malvern, PA 19355


Independence Brewing Company, Inc.
3913 Todd Lane
Suite 607
Austin, TX 78744

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


J. Elliott Beck and Craig Smith
P.O. Box 1748
Austin, TX 78767-1748


James Houchins
P.O. Box 40028
Austin, TX 78704


K&L Gates LLP
Attn: Steven L. Caponi
600 King St., Ste. 901
Wilmington, DE 19801


Kim Paper
9519 N. IH 35
Suite 100
Austin, TX 78753


Kluber Lubrication
9010 County Road 2120
PO Box 131359
Tyler, TX 75713


Koetter Fire Protection
16069 Central Commerce Drive
Pflugerville, TX 78660-2005


Kohner, Mann & Kailas, S.C.
Attn: Darrell R. Zall
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059


L&F Distributors, LLC
c/o Atlas, Hall & Rodriguez
Attn: Joseph Vale
818 W. Pecan Blvd.
McAllen, TX 78502

Master Brewers Association
3340 Pilot Knob Road
St. Paul, MN 55121


Michael T. Griffin
9323 Manchaca Rd., Apt. 425
Austin, TX


Microstar
2401 15th Street
Suite 200
Denver, CO 80202


Minamoto Wholesale, Ltd
9119 Metric Blvd
Austin, TX 78758


Molly Brodhacker
3315 A Dolphin Drive
Austin, TX 78704


Navitas Credit Corp.
111 Executive Center Dr.
Ste. 102
Columbia, SC 29210


Neil Glazner
4108 April Dr.
Arlington, TX 76016


NTTA - tolls
PO Box 660244
Dallas, TX 75266-0244


Overhead Door Company of Austin
6231 E. Stassney Lane
Bldg. 13-275
Austin, TX 78744

Pak Tech
1680 B Irving Road
Eugene, OR 97402


Pedernales Brewing Company
1530 Barton Springs Road
Austin, TX 78704


Pen & Tell Us
2101 Elton Lane
Austin, TX 78703


Penske
PO Box 827380
Philadelphia, PA 19182-7380


Petainer
5901 SW 74th Street
Suite 311
Miami, FL 33143

R&M Services
P.O. Box 3484
Pflugerville, TX 78691-3484


Red Cottage Kitchen
15800 Awalt Drive
Austin, TX 78734


Rexel
PO Box 766
Addison, TX 75001-0766


RMA Toll Processing
PO Box 734182
Dallas, TX 75373-4182

Rocket Industrial
8101 International Drive
Wausau, WI 54401


San Francisco Herb Co.
250 14th Street
San Francisco, CA 94103


Satorius Stedim North America Inc.
24917 Network Place
Chicago, IL 60673-1249


Shade Tree Beverage
4711 Spicewood Springs Rd
#232
Austin, TX 78759


Sierra Nevada
444 Salomon Circle
Sparks, NV 89434


Signature Audio/Video
2015 E. 2nd Street
Austin, TX 78702


Snap Kitchen Investments LLC
9330 United Drive
#110
Austin, TX 78758


Southern Warehousing & Distribution
3232 N PanAm Expy
San Antonio, TX 78219


Southern/Berlin
P.O. Box 8100
San Antonio, TX 78208

Spectrum
PO Box 60074
City of Industry, CA 91716-0074


Speed City Broadcasting
5703 Wynona
Austin, TX 78756


Star State Irrigation Inspections
4810 FM 1331
Taylor, TX 76574


Statco Engineering
7595 Reynolds Circle
Huntington Beach, CA 92647


Streusand Landon Ozburn Lemmon LLP
Attn: Sabrina Streusand/Rhonda Mates
1801 S. Mopac, Ste. 320
Austin, TX 78746


Summer Moon Coffee Roasters
P.O. Box 92333
Austin, TX 78709


Tallie
20 York Street
Portland, ME 04101


Texas Alcohic Beverage Commission
Licenses and Permits Division
P.O. Box 13127
Austin, TX 78711


Texas Comptroller of Public Accounts
Revenue Accounting Div.-Bankruptcy Sec.
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Craft Brewers Guild
PO Box 660356
Austin, TX 78766


Texas Disposal Systems, Inc
PO Box 674090
Dallas, TX 75267-4090


Texas Workforce Commission
TWC Building-Regulatory Integrity Div.
101 E. 15th St.
Austin, TX 78778


The Blue River Fox, LLC
1109 Mission Ridge
Austin, TX 78704


The Boelter Companies
P.O. Box 8741
Carol Stream, IL 60197-8741


The Breunig Law Firm PLLC
4408 Spicewood Springs Rd
Austin, TX 78759


The Brewing Science Institute
106 Glen Dale Drive
Woodland Park, CO 80863


The Bug Lady
PO Box 384
Cedar Creek, TX 78612


The Print Shoppe
5321 Industrial Oaks Blvd
Suite 128
Austin, TX 78735

Total Beverage Solutions (TBS)
2030 Century Center Blvd
#8
Irving, TX 75062


Transmarket
P.O. Box 16651
Temple Terrace, FL 33687


Travis County Tax Office
5501 Airport Blvd
Austin, TX 78751


TTB Excise Tax Bureau
P.O. Box 790353
St. Louis, MO 63179-0353


U.S. Small Business Administration
Little Rock Commercial Loan Svc Center
2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202


U.S. Small Business Administration
Attn: Stephen Bass
615 E. Houston Street, Suite 298
San Antonio, Texas 78205


Unifirst
6000 Bolm Rd
Austin, TX 78721


United Healthcare
PO Box 740800
Atlanta, GA 30374


United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701

University of St. Thomas
3800 Montrose Blvd
Houston, TX 77006


US Engineering  Innovations (Kmalt)
3433 Roanoke Road
Kansas City, MO 64111


Weber Scientific
2732 Kuser Road
Hamilton, NJ 08691


Wells Fargo Finance
PO Box 29482
Phoenix, AZ 85038


Wesco Chemicals
103 Industrial Drive
Waxahachie, TX 75165


Westrock CP, LLC
P.O. Box 409813
Atlanta, GA 30384


White Labs, Inc
9495 Candida Street
San Diego, CA 92126


William J. Mulroy, Jr.
3913 Tordera Drive
Austin, TX