**Fill in this information to identify the case**

Debtor name        **FFBC Operations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number       **19-10869**
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |

2.  **Cash on hand**                                                                                    **$3,000.00**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | |
|---|---|---|---|---|---|---|
| 3.1. **Checking account** | **Checking account** | 7 | 9 | 4 | 9 | $38,621.85 |

4.  **Other cash equivalents**      *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                          | **$41,621.85** |

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | **Lease Deposit with Penske Truck Leasing** | **$3,500.00** |
|---|---|---|
| 7.2. | **Sublease deposit with Snap Kitchen Investments, LLC** | **$15,795.36** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. | **$19,295.36** |

---

## Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.** **Accounts receivable**

| 11a. | 90 days old or less: | **$8,648.84** | – | **$0.00** | = ..............➔ | **$8,648.84** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$0.00** | – | **$0.00** | = ..............➔ | **$0.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$8,648.84** |

---

## Part 4: Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. | **$0.00** |

---

## Part 5: Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Ingredients | 06/30/2019 | | Cost | $7,034.45 |
| Packaging | 06/30/2019 | | Cost | $227,450.61 |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Beer - Packaged | 06/30/2019 | | Cost | $2,225.30 |
| **22. Other inventory or supplies** | | | | |
| Cleaning chemicals | 06/30/2019 | | Cost | $7,243.88 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$243,954.24

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value __$2,532.52__   Valuation method __Cost__   Current value __$7,034.45__

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office chairs, bookcase, etc. | $1,292.51 | Net book value | $1,292.51 |
| Office desk and chairs | $1,158.28 | Net book value | $1,158.28 |
| **40. Office fixtures** | | | |
| Outdoor pergola | $1,406.17 | Net book value | $1,406.17 |
| Bar table and chairs | $10,728.96 | Net book value | $10,728.96 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Security camera system | $12,876.48 | Net book value | $12,876.48 |
| Audio speaker system | $2,147.50 | Net book value | $2,147.50 |
| Video/TV system | $12,735.00 | Net book value | $12,735.00 |
| Printer for labeler | $1,075.98 | Net book value | $1,075.98 |
| Computer equipment and software | $2,578.08 | Net book value | $2,578.08 |
| Computer equipment and software | $1,024.96 | Net book value | $1,024.96 |
| Computer equipment and software | $228.54 | Net book value | $228.54 |
| Computer equipment and software | $1,082.48 | Net book value | $1,082.48 |
| Video/security equipment | $1,800.00 | Net book value | $1,800.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

             **$50,134.94**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See attached Exhibit A/B 8.50 | $4,854,726.60 | Net book value | $4,854,726.60 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.        **$4,854,726.60**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **10001 Metric Blvd.**<br>**Austin, TX 78758**<br>**Building - Tap Room and Brewery**<br>**Celis Brewery** | Lease | | | $0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                         $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                         $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $41,621.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,295.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,648.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $243,954.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,134.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,854,726.60 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.    91a. | $5,218,381.83 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.......................................................................    $5,218,381.83

| OTHER MACHINERY, FIXTURES, AND EQUIPMENT excluding *farm machinery and equipment)* | NET BOOK VALUE OF DEBTOR'S INTEREST *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| Braukon | $1,361.37 | Net book value | $1,361.37 |
| Braukon | $1,796.08 | Net book value | $1,796.08 |
| Lab Equipment | $5,783.92 | Net book value | $5,783.92 |
| Portable Density Meter | $4,566.21 | Net book value | $4,566.21 |
| Taproom Bar | $9,276.59 | Net book value | $9,276.59 |
| Taproom Bar | $13,914.89 | Net book value | $13,914.89 |
| Packaging Equipment | $905.00 | Net book value | $905.00 |
| Coil Fan units- glycol lines | $1,786.13 | Net book value | $1,786.13 |
| Insulation | $13,056.16 | Net book value | $13,056.16 |
| Pre-insulated pipes, fittings & materials | $11,409.55 | Net book value | $11,409.55 |
| Glycol Line installation & Chiller Start Up | $211,823.73 | Net book value | $211,823.73 |
| 2 Refridgerators | $1,980.94 | Net book value | $1,980.94 |
| Brew House | $890,575.00 | Net book value | $890,575.00 |
| Brew House | $26,569.07 | Net book value | $26,569.07 |
| Brew House | $599,722.80 | Net book value | $599,722.80 |
| Safties on Boiler | $42,145.18 | Net book value | $42,145.18 |
| Boiler and Skid Package Assembly | $5,744.75 | Net book value | $5,744.75 |
| Boiler Skid Package | $24,276.50 | Net book value | $24,276.50 |
| Boiler Skid Package | $122,780.70 | Net book value | $122,780.70 |
| BEVERAGE SEAMER | $14,420.46 | Net book value | $14,420.46 |
| Bottling/Canning Line, 2T Keg Machine 10% | $127,600.00 | Net book value | $127,600.00 |
| SPARE PARTS | $1,842.21 | Net book value | $1,842.21 |
| Bottling/Canning Line, 2T Keg Machine | $729,810.00 | Net book value | $729,810.00 |
| Bottling/Canning Line, 2T Keg Machine | $367,050.00 | Net book value | $367,050.00 |
| Brew House Shipment | $4,057.22 | Net book value | $4,057.22 |
| CPE SYSTEMS - PUMP FOR BREWERY | $4,047.50 | Net book value | $4,047.50 |
| Forklift | $26,140.68 | Net book value | $26,140.68 |
| Carbon Filters | $19,200.00 | Net book value | $19,200.00 |
| 2018/06/12, Ops - DURASERV CORP 4x6845DALLAS TX | $780.48 | Net book value | $780.48 |
| NEW HOSES | $3,917.78 | Net book value | $3,917.78 |
| Bar Tabletops | $981.83 | Net book value | $981.83 |
| FAN COIL | $8,910.00 | Net book value | $8,910.00 |
| Glycol Chiller | $53,000.00 | Net book value | $53,000.00 |
| Glycol Chiller | $53,000.00 | Net book value | $53,000.00 |
| Global Equipment Company | $1,638.85 | Net book value | $1,638.85 |
| Fermento Flash | $3,270.96 | Net book value | $3,270.96 |
| DOSATRON MACHINE | $3,214.54 | Net book value | $3,214.54 |
| Flow Meter | $2,532.68 | Net book value | $2,532.68 |
| Flow sensors and Triclamp | $1,172.29 | Net book value | $1,172.29 |
| Flow meter | $1,269.01 | Net book value | $1,269.01 |
| 15 Fermentation Tanks, 2 Brite Tanks (20%) | $146,108.60 | Net book value | $146,108.60 |
| 15 Fermentation Tanks, 2 Brite Tanks (20%) | $146,108.60 | Net book value | $146,108.60 |
| 15 Fermentation Tanks, 2 Brite Tanks (20%) | $146,108.60 | Net book value | $146,108.60 |
| 15 Fermentation Tanks, 2 Brite Tanks | $154,951.80 | Net book value | $154,951.80 |
| Removed a Fermentation Tank and Added a Brite | $104,341.40 | Net book value | $104,341.40 |
| Refrigeration Dryer | $15,537.14 | Net book value | $15,537.14 |
| LIGHTING | $11,515.64 | Net book value | $11,515.64 |
| Silo | $9,200.00 | Net book value | $9,200.00 |
| Silo | $83,840.00 | Net book value | $83,840.00 |
| ALCOLYZER PACKAGE | $64,278.20 | Net book value | $64,278.20 |
| PALL PACKAGE - LAB EQUIPMENT | $9,795.50 | Net book value | $9,795.50 |
| TANK RISERS | $1,393.13 | Net book value | $1,393.13 |
| Cardinal Cells, Indicator, and Installation | $8,216.18 | Net book value | $8,216.18 |
| Conduit and supplies plus hours of labor | $2,822.08 | Net book value | $2,822.08 |
| Shipping of Can Carrier Applicator | $1,345.66 | Net book value | $1,345.66 |
| Can Carrier Applicator | $34,075.00 | Net book value | $34,075.00 |
| 2018/06/07, Ops -Centrifuge | $815.74 | Net book value | $815.74 |
| 2018/06/07, Ops -Centrifuge | $631.75 | Net book value | $631.75 |

| OTHER MACHINERY, FIXTURES, AND EQUIPMENT excluding *farm machinery and equipment)* | NET BOOK VALUE OF DEBTOR'S INTEREST *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| CASE SEALER | $1,535.48 | Net book value | $1,535.48 |
| Compressors | $3,822.31 | Net book value | $3,822.31 |
| RTU CHANGEOUT | $11,875.03 | Net book value | $11,875.03 |
| RTU CHANGEOUT | $3,929.48 | Net book value | $3,929.48 |
| Wifi/cable, bug lights and outlets | $1,943.09 | Net book value | $1,943.09 |
| Eagle wrapper and stretch wrap | $2,400.00 | Net book value | $2,400.00 |
| PALLET WRAPPER | $2,029.98 | Net book value | $2,029.98 |
| FREIGHT | $819.98 | Net book value | $819.98 |
| PALLET WRAPPER | $1,580.02 | Net book value | $1,580.02 |
| Labor with Boiler | $2,392.50 | Net book value | $2,392.50 |
| Overhead Door | $4,330.00 | Net book value | $4,330.00 |
| SPX Seital | $37,209.90 | Net book value | $37,209.90 |
| Technician for Centrifuge | $82,725.72 | Net book value | $82,725.72 |
| HOSE BUMPER GUARDS | $3,610.45 | Net book value | $3,610.45 |
| Gehaltemeter, Hose Clamps, Pump Carts | $27,927.65 | Net book value | $27,927.65 |
| Gehaltemeter | $15,565.00 | Net book value | $15,565.00 |
| spill tubs for chemicals | $1,890.45 | Net book value | $1,890.45 |
| Equipment start up | $5,365.00 | Net book value | $5,365.00 |
| VIBRATION SENSOR / PARTS FOR BROKEN GEARS | $6,276.32 | Net book value | $6,276.32 |
| APV PLATE PACK | $6,232.78 | Net book value | $6,232.78 |
| GASKET SET | $969.00 | Net book value | $969.00 |
| GEAR SET | $2,256.89 | Net book value | $2,256.89 |
| Gravity Skate Wheels and Tripod Stand | $1,334.26 | Net book value | $1,334.26 |
| STEP LADDERS | $805.43 | Net book value | $805.43 |
| STEP LADDERS | $705.28 | Net book value | $705.28 |
| LUMINOMETER | $1,490.38 | Net book value | $1,490.38 |
| CROWN WELLS FARGO 2ND LIFT | $39,643.43 | Net book value | $39,643.43 |
| equip. purchased from Pedernales Beer Co. | $218,000.00 | Net book value | $218,000.00 |
| HEAT EXCHANGER PURCHASED FROM FRESHBEV, LLC | $5,000.00 | Net book value | $5,000.00 |
| FIVE STAR - ADDITIONAL HOSES FOR TANKS | $2,644.71 | Net book value | $2,644.71 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | | |
|---|---|---|
| **Creditor's name**<br>**Amplify Credit Union** | **Describe debtor's property that is subject to a lien**<br>**Equipment etc** | $5,300,000.00    *at least<br>$3,894,165.00 |
| **Creditor's mailing address**<br>**PO Box 81369** | **Describe the lien**<br>**Secured loan** | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | |
| **Austin      TX    78708** | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred    11/1/2017** | | |
| **Last 4 digits of account number    0   5   2   1** | **As of the petition filing date, the claim is:**<br>Check all that apply. | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$9,040,071.21

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2** | Creditor's name
**Celis Phoenix, LLC**

Creditor's mailing address
**4627 Inicio Lane**

**Austin            TX    78725**

Creditor's email address, if known

Date debt was incurred     **3/29/19**

Last 4 digits of account
number                ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

**Describe debtor's property that is
subject to a lien**
**Open orders**

**Describe the lien**
**Secured loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$348,116.00**     Column B: Unknown

**2.3** | Creditor's name
**Crown Equipment Corporation**

Creditor's mailing address
**PO Box 941173**

**Cincinnati          OH    45264-1173**

Creditor's email address, if known

Date debt was incurred     **6/30/19**

Last 4 digits of account
number                **8    4    3    1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

**Describe debtor's property that is
subject to a lien**
**Equipment**

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: Unknown     Column B: Unknown

| Debtor | FFBC Operations, LLC | Case number (if known) | 19-10869 |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4**

Creditor's name
**Navitas Credit Corp.**

Describe debtor's property that is subject to a lien

Unknown          Unknown

Creditor's mailing address
**111 Executive Center Dr.**

**Ste. 102**

**Equipment**

Describe the lien

**Equipment Lease**

**Columbia          SC    29210**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    **2/15/19**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5**

Creditor's name
**Pedernales Brewing Company**

Describe debtor's property that is subject to a lien

$148,816.74          Unknown

Creditor's mailing address
**97 Hitchin' Post Trail**

**Equipment**

Describe the lien

**Secured loan**

**Fredericksburg     TX    78624**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    **10/8/18**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.6**

Creditor's name
**Wells Fargo Corp Trust Services**

Creditor's mailing address
**NW 6441**

**PO Box 1450**

_____

**Minneapolis          MN    55485-6441**

Creditor's email address, if known

_____

Date debt was incurred      **3/14/16**

Last 4 digits of account
number                          **5    0    0    2**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Equipment, fixtures**

Describe the lien
**Secured loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$3,000,000.00**          Unknown

---

**SBA loan**

**2.7**

Creditor's name
**Wells Fargo Finance**

Creditor's mailing address
**PO Box 29482**

_____

**Phoenix          AZ    85038**

Creditor's email address, if known

_____

Date debt was incurred      **2/5/19**

Last 4 digits of account
number                          ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Equipment**

Describe the lien
**Equipment Lease**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown          Unknown

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

## Part 1:     Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.8**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | **$243,138.47** | **Unknown** |

**Creditor's name**
**Westrock CP, LLC**

**Creditor's mailing address**
**P.O. Box 409813**

**Describe debtor's property that is subject to a lien**
unknown

**Describe the lien**
**Secured loan**

**Atlanta                    GA    30384**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred   10/10/18**

**Last 4 digits of account number**          ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Hajjar Peters LLP** <br> **Attn: Charlie Shelton** <br> **3144 Bee Caves Rd.** <br> _____ <br> **Austin**     **TX**     **78746** | Line   **2.2** | ___ ___ ___ ___ |
| **Streusand Landon Ozburn Lemmon LLP** <br> **Attn: Sabrina Streusand/Rhonda Mates** <br> **1801 S. Mopac, Ste. 320** <br> _____ <br> **Austin**     **TX**     **78746** | Line   **2.1** | ___ ___ ___ ___ |
| **U.S. Small Business Administration** <br> **Little Rock Commercial Loan Svc Center** <br> **2120 Riverfront Drive, Ste. 100** <br> _____ <br> **Little Rock**     **AR**     **72202** | Line   **2.6** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor      **FFBC Operations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-10869**
(if known)

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No.  Go to Part 2.
    ☑ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

**Anthony Miller**

**5107 Lancaster Ct.**

**Austin**      **TX**    **78723**

Date or dates debt was incurred

**6/16/19-6/30/19**

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim   **$828.09**     Priority amount   **$828.09**

---

**2.2** Priority creditor's name and mailing address

**Brady Freehill**

**9709 Brodeaux Lane**

**Austin**      **TX**    **78750**

Date or dates debt was incurred

**6/16/19-6/30/19**

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim   **$252.75**     Priority amount   **$252.75**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.3**  Priority creditor's name and mailing address

__Bruce Elfant - Tax Assessor_____

__PO Box 149328_____

_____

__Austin_____ TX___ 78714-9328_

Date or dates debt was incurred

__12/31/18_____

Last 4 digits of account
number   __3__ __1__ __3__ __5__

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__8__)

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Real Property Tax_____

Is the claim subject to offset?
☑ No
☐ Yes

**$69,308.00**    **$69,308.00**

---

**2.4**  Priority creditor's name and mailing address

__David Escarzaga_____

__12301 Tifferary Cove_____

_____

__Austin_____ TX___ 78759_____

Date or dates debt was incurred

__6/16/19-6/30/19_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__4__)

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Wages_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,644.12**    **$1,644.12**

---

**2.5**  Priority creditor's name and mailing address

__Donald Bandy_____

__12342 Hunters Chase Drive_____

__Apt 2021_____

__Austin_____ TX___ 78729_____

Date or dates debt was incurred

__6/16/19-6/30/19_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__4__)

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Wages_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,150.78**    **$2,150.78**

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6**   Priority creditor's name and mailing address

**Drew Felder**

**1704 Cattle Drive**

**Cedar Park**      **TX**    **78613**

Date or dates debt was incurred

**6/16/19-6/30/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** $303.75      **Priority amount:** $303.75

---

**2.7**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operation**

**P.O. Box 7346**

**Philadelphia**      **PA**    **19101-7346**

Date or dates debt was incurred

**4/1/19-6/1/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** $11,377.00      **Priority amount:** $11,377.00

---

**2.8**   Priority creditor's name and mailing address

**Isaac Ramirez**

**3906 Oak Creek Drive**

**Austin**      **TX**    **78727**

Date or dates debt was incurred

**6/16/19-6/30/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** $1,155.42      **Priority amount:** $1,155.42

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.9**    Priority creditor's name and mailing address

**James Badum**

**12228 Antoinette Place**

**Austin**      **TX**    **78727**

Date or dates debt was incurred

**6/16/19-6/30/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$259.56**    Priority amount: **$259.56**

---

**2.10**    Priority creditor's name and mailing address

**Kirsti Sanders**

**14405 Spearmint Tea Trail**

**Pflugerville**      **TX**    **78660**

Date or dates debt was incurred

**6/16/19-6/30/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$493.58**    Priority amount: **$493.58**

---

**2.11**    Priority creditor's name and mailing address

**Megan Cawley**

**3740 Mineral Drive**

**Leander**      **TX**    **78641**

Date or dates debt was incurred

**6/16/19-6/30/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$213.50**    Priority amount: **$213.50**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.12** | **Priority creditor's name and mailing address**

Michelle Tran

15212 Plowshare Drive

_____

Pflugerville            TX      78660

**Date or dates debt was incurred**

6/16/19-6/30/19

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $1,489.47    **Priority amount** $1,489.47

---

**2.13** | **Priority creditor's name and mailing address**

Nicholas Juarez

11000 FM 969

_____

Austin            TX      78724

**Date or dates debt was incurred**

6/16/19-6/30/19

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

$906.46    $906.46

---

**2.14** | **Priority creditor's name and mailing address**

Rebecca Mikuls

3230 Oak Alley

_____

Austin            TX      78745

**Date or dates debt was incurred**

6/16/19-6/30/19

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

$317.33    $317.33

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.   **Total claim**   **Priority amount**

---

**2.15**  **Priority creditor's name and mailing address**
**Sean Collins**
**1202 Larkspur Road**

_____

__Austin__                        __TX__      __78758__

**Date or dates debt was incurred**
__6/16/19-6/30/19__

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$678.06**   Priority amount: **$678.06**

---

**2.16**  **Priority creditor's name and mailing address**
**Steve Cortez**
**10805 Hard Rock Road**

_____

__Austin__                        __TX__      __78750__

**Date or dates debt was incurred**
__6/16/19-6/30/19__

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,296.14**   Priority amount: **$1,296.14**

---

**2.17**  **Priority creditor's name and mailing address**
**Texas Alcohic Beverage Commission**
**P.O. Box 13127**

_____

__Austin__                        __TX__      __78711__

**Date or dates debt was incurred**
__1/1/19-5/31/19__

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Liquor taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,042.00**   Priority amount: **$1,042.00**

---

Debtor  **FFBC Operations, LLC**                    Case number (if known)  **19-10869**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.18** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,991.00** | **$7,991.00** |

**Texas Tax Bureau**

**P.O. Box 790353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**St. Louis                MO      63179**

**Basis for the claim:**

**Taxes**

**Date or dates debt was incurred**

**2/1/19-5/31/19**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**      ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(    **8**    )

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$14,870.00** |
|---|---|---|---|

**3LR Process Piping**

**7551 E 18th St S**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Muskogee                    OK     74403**

**Basis for the claim:**   **Services**

Date or dates debt was incurred        **9/16/18**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$258.81** |
|---|---|---|---|

**ADT Security Services**

**3190 South Vaughn Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Aurora                       CO     80014**

**Basis for the claim:**   **Services**

Date or dates debt was incurred        **5/3/19**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number        **7   5   6   2**

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,382.08** |
|---|---|---|---|

**Airgas National Carbonation**

**P.O. Box 602792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Charlotte                   NC     28260-2792**

**Basis for the claim:**   **Goods**

Date or dates debt was incurred        **4/26/19**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        **6   7   4   5**

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$68,287.10** |
|---|---|---|---|

**American Canning LLC**

**8219 Burleson Road**

**Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin                       TX     78744**

**Basis for the claim:**   **Goods**

Date or dates debt was incurred        **10/15/18**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        **1   4   6   4**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**American Fabric Filter**

**PO Box 7560**

_____

**Wesley Chapel**          **FL**     **33545-0110**

Date or dates debt was incurred    **11/20/18**

Last 4 digits of account number    **0   0   0   6**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods**

**Is the claim subject to offset?**
☑ No
☐ Yes

$246.09

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Ampersand**

**2901 Via Fortuna**

**Suite 185**

**Austin**          **TX**     **78746**

Date or dates debt was incurred    **5/15/18**

Last 4 digits of account number    ___  ___  ___  ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$145,751.69

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Andrews Distributing N. Texas**

**2730 Irving Blvd.**

**Dallas**          **TX**     **75207**

Date or dates debt was incurred    **10/12/18**

Last 4 digits of account number    ___  ___  ___  ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,315.46

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**APD Alarm Unit**

**PO Box 684279**

**Austin**          **TX**     **78768**

Date or dates debt was incurred    **8/1/18**

Last 4 digits of account number    **5   4   5   3**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,430.00

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**Arctic Concepts**

**2313 Lockhill Selma Road**

**#126**

**San Antonio**                      **TX**        **78230**

Date or dates debt was incurred        **10/30/18**

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

$227.33

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Aromatech**

**7001 McCoy Road**

**Unit 200**

**Orlando**                          **FL**        **32822**

Date or dates debt was incurred        **2/21/19**

Last 4 digits of account number        **0  0  8  4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
☑ No
☐ Yes

$1,661.70

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**ASBC**

**3340 Pilot Knob Road**

**St. Paul**                          **MN**        **55121**

Date or dates debt was incurred        **12/3/18**

Last 4 digits of account number        **9  4  3  5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$214.00

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**ASCAP**

**PO Box 331608**

**Nashville**                        **TN**        **37203**

Date or dates debt was incurred        **6/2/19**

Last 4 digits of account number        **6  2  3  6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,178.54

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**   Nonpriority creditor's name and mailing address

ASQ

P.O. Box 3033

Milwaukee                    WI      53201

Date or dates debt was incurred      1/11/19

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$159.00**

---

**3.14**   Nonpriority creditor's name and mailing address

Atlas Labels and Packaging

3107 Merriam Lane

Kansas City                   KS      66106

Date or dates debt was incurred      12/4/18

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$828.67**

---

**3.15**   Nonpriority creditor's name and mailing address

Austin Air & Ice LLC

PO Box 2374

Leander                       TX      78646

Date or dates debt was incurred      9/28/18

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,938.83**

---

**3.16**   Nonpriority creditor's name and mailing address

AVL Growth Partners

1445 Pearl Street

#201

Boulder                       CO      80302

Date or dates debt was incurred      9/30/17

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$56.00**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,947.56** |
|---|---|---|---|

**Ball Corporation**

**10 Long Peaks Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods**

| Broomfield | CO | 80021 |

Date or dates debt was incurred    __12/1/18__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$830.00** |
|---|---|---|---|

**Beer Marketers Insights**

**49 E. Maple Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

| Suffern | NY | 10901 |

Date or dates debt was incurred    __1/1/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202,137.80** |
|---|---|---|---|

**Berlin Packaging**

**PO Box 74007164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods**

| Chicago | IL | 60674-7164 |

Date or dates debt was incurred    __1/1/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _0_ _7_ _5_ _1_

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,504.70** |
|---|---|---|---|

**Big Fish - HVAC**

**168 Warehouse Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

| Buda | TX | 78610 |

Date or dates debt was incurred    __5/8/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.35 |

**Bioplast Manufacturing LLC**

**128 Wharton Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bristol**                    **PA**      **19007**

**Goods**

Date or dates debt was incurred    __11/15/18__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,551.45 |

**Blue Cross Blue Shield**

**P.O. Box 7312428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX**      **75373-1428**

**Services**

Date or dates debt was incurred    __1/1/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,865.22 |

**BrauKon**

**Gewebering 3**

**83370 Seeon**

**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Equipment**

Date or dates debt was incurred    __7/1/17__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,623.90 |

**Brewers Association**

**PO Box 1679**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Boulder**                    **CO**      **80306**

**Services**

Date or dates debt was incurred    __1/1/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __2_ _1_ _8_ _7__

## Part 2:      Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**Brewers Supply Group (BSG)**

**P.O. Box 74769**

| | | |
|---|---|---|
| **Chicago** | **IL** | **60694-4769** |

Date or dates debt was incurred     **11/12/18**

Last 4 digits of account number     **3   7   7   2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
☑ No
☐ Yes

$48,966.80

---

**3.26**   Nonpriority creditor's name and mailing address

**Broadcast Music Industry (BMI)**

**10 Music Square E**

| | | |
|---|---|---|
| **Nashville** | **TN** | **37203** |

Date or dates debt was incurred     **6/2/19**

Last 4 digits of account number     **6   6   4   2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$902.59

---

**3.27**   Nonpriority creditor's name and mailing address

**Brown Distributing Co.**

**8711 Johnny Morris Rd.**

| | | |
|---|---|---|
| **Austin** | **TX** | **78724** |

Date or dates debt was incurred     **6/12/18**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☐ No
☑ Yes

$13,144.71

---

**3.28**   Nonpriority creditor's name and mailing address

**Christine Celis**

**2208 Trail of the Madrones**

| | | |
|---|---|---|
| **Austin** | **TX** | **78746** |

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$51,533.34

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29**   Nonpriority creditor's name and mailing address

**Cintas**

**PO Box 650838**

**Dallas**                          **TX**      **75265-0838**

Date or dates debt was incurred      **5/31/19**

Last 4 digits of account number      **6   3   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,269.48

---

**3.30**   Nonpriority creditor's name and mailing address

**City of Austin**

**P.O. Box 2267**

**Austin**                          **TX**      **78783**

Date or dates debt was incurred      **1/28/19**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$45,439.23

---

**3.31**   Nonpriority creditor's name and mailing address

**Cleaver Brooks**

**1956 Singleton Blvd**

**Dallas**                          **TX**      **75212**

Date or dates debt was incurred      **8/1/18**

Last 4 digits of account number      **0   2   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$10,023.31

---

**3.32**   Nonpriority creditor's name and mailing address

**Cleveland Terrazas PLLC**

**4611 Bee Cave Rd**

**Suite 306 B**

**Austin**                          **TX**      **78746**

Date or dates debt was incurred      **6/25/19**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,520.00

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,888.55**

**CMC-Kuhnke**

**40 McCullough Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**New Castle**               **DE**     **19720**

**Services**

Date or dates debt was incurred     **4/4/19**

Is the claim subject to offset?

Last 4 digits of account number     **2   6   2   4**

☑ No
☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$194,030.37**

**Co.Mac. S.r.l.**

**Via Giuseppe Garibaldi, 34N**

**24040 Bonate Sotto BG**

**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Equipment**

Date or dates debt was incurred     **1/1/19**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,214.50**

**Coats Rose, PC**

**9 Greenway Plaza**

**Ste. 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**               **TX**     **77046**

**Services**

Date or dates debt was incurred     **10/19/17**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,000.00**

**Colin McNally**

**4809 Timberline Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Austin**               **TX**     **78746**

**Services**

Date or dates debt was incurred     **7/2/18**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.37 | Nonpriority creditor's name and mailing address |

**Commerce Bank (Visa)**

**PO Box 41084**

**Kansas City**              **MO**      **64141-4084**

Date or dates debt was incurred    **6/10/19**

Last 4 digits of account number    **6   7   6   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,146.89

---

| 3.38 | Nonpriority creditor's name and mailing address |

**Connell Landscapes**

**PO Box 50137**

**Austin**              **TX**      **78763**

Date or dates debt was incurred    **10/1/18**

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,955.26

---

| 3.39 | Nonpriority creditor's name and mailing address |

**Cornucopia Popcorn**

**3211 Red River Street**

**Austin**              **TX**      **78705**

Date or dates debt was incurred    **1/12/19**

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$557.10

---

| 3.40 | Nonpriority creditor's name and mailing address |

**Country Malt Group/Brewcraft USA**

**PO Box 51602**

**Los Angeles**              **CA**      **90051-5902**

Date or dates debt was incurred    **12/13/18**

Last 4 digits of account number    **1   4   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$29,542.87

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$135.00**

**Crave Artisan Chocolate**

**2612 E. Cesar Chavez**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Austin** | **TX** | **78702** |

**Goods**

Date or dates debt was incurred    **2/18/19**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$61,812.30**

**Crosby Hop Farm LLC**

**8648 Crosby Rd NE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Woodburn** | **OR** | **97071** |

**Goods**

Date or dates debt was incurred    **7/9/18**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$35.95**

**CTRMA Processing**

**PO Box 734182**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75373-4182** |

**Tolls**

Date or dates debt was incurred    **5/14/19**

Is the claim subject to offset?

Last 4 digits of account number    **7  3  5  8**

☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$1,417.50**

**Darby Law Firm**

**8127 Mesa Drive**

**B206-149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Austin** | **TX** | **78759** |

**Services**

Date or dates debt was incurred    **2/21/18**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.45 | **Nonpriority creditor's name and mailing address** |
|---|---|

**David Gohr**

**1410 Tejas Trail, Unit B**

_____

**Harker Heights**                    **TX      76548**

Date or dates debt was incurred        **8/7/18**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$180.00**

---

| 3.46 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Del Papa Distributing**

**1220 Gulf Fwy**

_____

**Texas City**                    **TX      77591**

Date or dates debt was incurred        **9/1/18**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$221.71**

---

| 3.47 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Denise Alvey**

**15111 County Rd 498**

_____

**Lindale**                    **TX      75771**

Date or dates debt was incurred        **12/18/18**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$300.00**

---

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Draftex Draught Services, Inc.**

**1364 Tractor Pass**

_____

**Schertz**                    **TX      78154**

Date or dates debt was incurred        **12/18/18**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$300.00**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.49 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Duraserv Corp**

**P.O. Box 840602**

**Dallas**                          **TX**        **75284**

Date or dates debt was incurred          **12/26/18**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,814.96

---

| 3.50 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ecolab**

**P.O. Box 70343**

**Chicago**                        **IL**        **60673-0343**

Date or dates debt was incurred          **10/1/18**

Last 4 digits of account number       **0   0   0   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,416.08

---

| 3.51 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Employers**

**P.O. Box 53089**

**Phoenix**                        **AZ**       **85072**

Date or dates debt was incurred          **2/8/19**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,205.33

---

| 3.52 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Eventbrite**

**155 5th St.**

**San Francisco**                  **CA**       **94103**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$500,000.00

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$928.08** |
|---|---|---|---|

**Fastenal**

**P.O. Box 978**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Winona                    MN     55987        **Equipment**

Date or dates debt was incurred      8/31/17      **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __      ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$0.00** |
|---|---|---|---|

**Favorite Brands, LLC**

**c/o Atlas, Hall & Rodriguez, LLP**

**Attn: Joseph Vale**

**818 W. Pecan Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

McAllen                   TX     78502        **Judgment**

Date or dates debt was incurred                **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __      ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$125,134.26** |
|---|---|---|---|

**FFBC-Dallas, LLC**

**5425 Burnet Road, Ste. 106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Austin                    TX     78756        **Loan**

Date or dates debt was incurred                **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __      ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$7,205.00** |
|---|---|---|---|

**Foley & Lardner LLP**

**P.O. Box 660256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas                    TX     75266        **Services**

Date or dates debt was incurred      9/19/18      **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __      ☐ Yes

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address |
|------|--------|

**Ford Credit**

**PO Box 650575**

**Dallas**                                    **TX      75265**

Date or dates debt was incurred        **2/1/19**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☐ No
☑ Yes

$846.20

---

| 3.58 | Nonpriority creditor's name and mailing address |
|------|--------|

**Fortify Security**

**Attn: Hector Salazar**

**205 Los Cabos Drive**

**Dallas**                                    **TX      75232**

Date or dates debt was incurred        **1/3/19**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$349.95

---

| 3.59 | Nonpriority creditor's name and mailing address |
|------|--------|

**Fruition Construction LLC**

**3865 NC-16 Business**

**Denver**                                    **NC      28037**

Date or dates debt was incurred        **2/4/19**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$331.57

---

| 3.60 | Nonpriority creditor's name and mailing address |
|------|--------|

**Geeks Who Drink, LLC**

**PO Box 674217**

**Dallas**                                    **TX      75267-4217**

Date or dates debt was incurred        **6/25/19**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$400.00

## Part 2:      Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address |
|------|--------|

**Gintzler International**

**951 Hwy 183 N**

**Liberty Hill                    TX        78642-6307**

Date or dates debt was incurred        __1/1/19__

Last 4 digits of account number          __7__  __6__  __4__  __4__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Goods**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,857.11**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|------|--------|

**GLI**

**803 South Medina Street**

**San Antonio                    TX        78207**

Date or dates debt was incurred        __2/13/19__

Last 4 digits of account number          __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,423.00**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|------|--------|

**Goodwill Central Texas**

**1015 Norwood Park Blvd**

**Austin                    TX        78753**

Date or dates debt was incurred        __1/1/19__

Last 4 digits of account number          __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,750.00**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|------|--------|

**Gordon & Rees**

**1111 Broadway**

**Suite 1700**

**Oakland                    CA        94607**

Date or dates debt was incurred        __614/18__

Last 4 digits of account number          __7__  __0__  __5__  __9__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,772.17**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.65**  Nonpriority creditor's name and mailing address

**Great American Insurance Group (SK&P Ins**

**9600 Great Hills Trail**

**Suite 170E**

**Austin**                         **TX**        **78759-6327**

Date or dates debt was incurred        **6/27/19**

Last 4 digits of account number        **0   6   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,144.50**

---

**3.66**  Nonpriority creditor's name and mailing address

**Great Western Malting Company**

**PO Box 1529**

**Vancouver**                      **WA**        **98668-1529**

Date or dates debt was incurred        **10/5/18**

Last 4 digits of account number        **1   4   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Goods**

Is the claim subject to offset?
☑ No
☐ Yes

**$43,016.51**

---

**3.67**  Nonpriority creditor's name and mailing address

**Green Air Supply**

**2523 Jefferson Avenue**

**Tacoma**                         **WA**        **98402**

Date or dates debt was incurred        **1/31/19**

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$303.00**

---

**3.68**  Nonpriority creditor's name and mailing address

**Green Guard**

**4159 Shoreline Dr.**

**St. Louis**                      **MO**        **63045**

Date or dates debt was incurred        **9/5/17**

Last 4 digits of account number        **C   E   B   R**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$214.34**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.69**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.69**  Nonpriority creditor's name and mailing address

**GS1 US Inc.**

**300 Princeton South Corporate Center**

_____

**Ewing Township**          **NJ**    **08628**

Date or dates debt was incurred     **4/1/19**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$165.00**

---

**3.70**  Nonpriority creditor's name and mailing address

**Herc Rentals**

**P.O. Box 936257**

_____

**Atlanta**              **GA**    **31193**

Date or dates debt was incurred     **10/10/18**

Last 4 digits of account number    **5  2  7  4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,051.50**

---

**3.71**  Nonpriority creditor's name and mailing address

**Hollingbery & Son, Inc.**

**P.O. Box 966**

_____

**Yakima**              **WA**    **98907**

Date or dates debt was incurred     **1/2/18**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,199.88**

---

**3.72**  Nonpriority creditor's name and mailing address

**Holloman Group**

**7557 Rambler Road**

**Suite 560**

**Dallas**              **TX**    **75231**

Date or dates debt was incurred     **9/1/18**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,699.75**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.73** **Nonpriority creditor's name and mailing address**

HP2

2880 East Northern Avenue

Phoenix                      AZ        85028

Date or dates debt was incurred      9/17/18

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$17,577.60**

---

**3.74** **Nonpriority creditor's name and mailing address**

Hydrite Chemical Co.

P.O. Box 689227

Chicago                      IL        60695

Date or dates debt was incurred      7/1/19

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,232.16**

---

**3.75** **Nonpriority creditor's name and mailing address**

IFM Effector Inc.

P.O. Box 8538-307

Philadelphia                 PA        19171

Date or dates debt was incurred      5/21/18

Last 4 digits of account number      3   2   2   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Equipment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,740.28**

---

**3.76** **Nonpriority creditor's name and mailing address**

Independence Brewing Company, Inc.

3913 Todd Lane

Suite 607

Austin                       TX        78744

Date or dates debt was incurred      6/20/19

Last 4 digits of account number      1   0   2   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,985.43**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

**IPRO Production Limited**

**711 15th NE**

**Minneapolis**      **MN**    **55413**

Date or dates debt was incurred    **1/1/19**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,578.00**

---

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

**Jackson Walker LLP**

**100 Congress Ave., Suite 1100**

**Austin**      **TX**    **78701**

Date or dates debt was incurred    **1/1/19**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,583.50**

---

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

**James Houchins**

**P.O. Box 40028**

**Austin**      **TX**    **78704**

Date or dates debt was incurred    **6/8/18**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21,944.64**

---

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

**Johnson Bros. Bakery Supply Inc.**

**10731 IH-35 N**

**San Antonio**      **TX**    **78233**

Date or dates debt was incurred    **2/28/19**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,971.58**

---

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259.01 |

**Kim Paper**

**9519 N. IH 35**

**Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin                   TX      78753**

Basis for the claim:
**Supplies**

Date or dates debt was incurred    **5/8/19**

Last 4 digits of account number     **B   R   E   T**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,152.74 |

**Kluber Lubrication**

**9010 County Road 2120**

**PO Box 131359**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tyler                     TX      75713**

Basis for the claim:
**Equipment**

Date or dates debt was incurred    **1/1/19**

Last 4 digits of account number     **1   5   2   7**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,754.37 |

**Koetter Fire Protection**

**16069 Central Commerce Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pflugerville             TX      78660-2005**

Basis for the claim:
**Equipment**

Date or dates debt was incurred    **7/14/17**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**L&F Distributors, LLC**

**c/o Atlas, Hall & Rodriguez**

**Attn: Joseph Vale**

**818 W. Pecan Blvd.**

**McAllen                  TX      78502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$366.00** |
| --- | --- | --- | --- |

**Master Brewers Association**

**3340 Pilot Knob Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| St. Paul | MN | 55121 | **Services** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **12/3/18**

**Is the claim subject to offset?**

Last 4 digits of account number    **9   4   3   5**

☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$57,866.29** |
| --- | --- | --- | --- |

**Microstar**

**2401 15th Street**

**Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Denver | CO | 80202 | **Goods** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **9/1/18**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17,735.56** |
| --- | --- | --- | --- |

**Minamoto Wholesale, Ltd**

**9119 Metric Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Austin | TX | 78758 | **Goods** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **6/11/19**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$450.00** |
| --- | --- | --- | --- |

**MS Pallets**

**1713 Hydro Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Austin | TX | 78728 | **Goods** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **2/28/19**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.89 | Nonpriority creditor's name and mailing address |
|---|---|

**NTTA**

**PO Box 660244**

**Dallas**                    **TX**        **75266-0244**

Date or dates debt was incurred     **3/26/19**

Last 4 digits of account number      **9   8   1   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$58.45**

---

| 3.90 | Nonpriority creditor's name and mailing address |
|---|---|

**Pak Tech**

**1680 Irving Road**

**Eugene**                    **OR**        **97402**

Date or dates debt was incurred     **10/1/18**

Last 4 digits of account number      ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,074.99**

---

| 3.91 | Nonpriority creditor's name and mailing address |
|---|---|

**Pen & Tell Us**

**2101 Elton Lane**

**Austin**                    **TX**        **78703**

Date or dates debt was incurred     _____

Last 4 digits of account number      ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43,391.43**

---

| 3.92 | Nonpriority creditor's name and mailing address |
|---|---|

**Penske Truck Leasing**

**PO Box 827380**

**Philadelphia**              **PA**        **19182-7380**

Date or dates debt was incurred     **10/16/18**

Last 4 digits of account number      **0   9   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20,118.37**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93**   Nonpriority creditor's name and mailing address

**Petainer Manufacturing USA**

**5901 SW 74th Street**

**Suite 311**

**Miami**                        FL        **33143**

Date or dates debt was incurred    **2/12/19**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

**3.94**   Nonpriority creditor's name and mailing address

**R&M Services**

**P.O. Box 3484**

**Pflugerville**                    TX        **78691-3484**

Date or dates debt was incurred    **10/8/18**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,211.85**

---

**3.95**   Nonpriority creditor's name and mailing address

**Red Cottage Kitchen**

**15800 Awalt Drive**

**Austin**                        TX        **78734**

Date or dates debt was incurred    **12/6/18**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
☑ No
☐ Yes

**$898.80**

---

**3.96**   Nonpriority creditor's name and mailing address

**Rexel**

**PO Box 766**

**Addison**                        TX        **75001-0766**

Date or dates debt was incurred    **9/21/18**

Last 4 digits of account number    **6   7   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$282.14**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,471.85 |
|---|---|---|---|

Check all that apply.

**Rocket Industrial**

**8101 International Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wausau**                 **WI**      **54401**       **Goods**

Date or dates debt was incurred      **11/8/18**          Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __        ☑ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,471.85 |
|---|---|---|---|

Check all that apply.

**San Francisco Herb Co.**

**250 14th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Francisco**          **CA**      **94103**       **Goods**

Date or dates debt was incurred      **11/8/18**          Is the claim subject to offset?

Last 4 digits of account number      **4  9  8  5**       ☑ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.63 |
|---|---|---|---|

Check all that apply.

**Sartorius Stedim North America Inc.**

**24917 Network Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**                **IL**      **60673-1249**   **Services**

Date or dates debt was incurred      **12/1/18**          Is the claim subject to offset?

Last 4 digits of account number      **9  3  8  6**       ☑ No
☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,558.58 |
|---|---|---|---|

Check all that apply.

**Signature Audio/Video**

**2015 E. 2nd Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Austin**                 **TX**      **78702**       **Services**

Date or dates debt was incurred      **1/21/19**          Is the claim subject to offset?

Last 4 digits of account number      **e  l  i  s**       ☑ No
☐ Yes

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address | | |

**Silver Eagle Distributors, LP**

**7777 Washington Avenue**

**PO Box 2743**

**Houston**                    **TX**        **77252-2743**

Date or dates debt was incurred        **9/1/18**

Last 4 digits of account number        **C   1   5   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,755.30

---

| 3.102 | Nonpriority creditor's name and mailing address | | |

**Snap Kitchen Investments LLC**

**9330 United Drive**

**#110**

**Austin**                    **TX**        **78758**

Date or dates debt was incurred        **1/1/19**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$110,567.52

---

| 3.103 | Nonpriority creditor's name and mailing address | | |

**Southern Warehousing & Distribution**

**P.O. Box 8100**

**San Antonio**                    **TX**        **78208**

Date or dates debt was incurred        **1/4/19**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,823.00

---

| 3.104 | Nonpriority creditor's name and mailing address | | |

**Spectrum**

**PO Box 60074**

**City of Industry**                    **CA**        **91716-0074**

Date or dates debt was incurred        **4/16/19**

Last 4 digits of account number        **4   9   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,292.39

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**Speed City Broadcasting**

**5703 Wynona**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Austin** | **TX** | **78756** | **Services** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **11/7/18**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$180.00** |
| --- | --- | --- | --- |

**Star State Irrigation Inspections**

**4810 FM 1331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Taylor** | **TX** | **76574** | **Services** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **1/12/19**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$202.83** |
| --- | --- | --- | --- |

**Statco Engineering**

**7595 Reynolds Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Huntington Beach** | **CA** | **92647** | **Services** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **1/1/19**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   2   5**

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,880.00** |
| --- | --- | --- | --- |

**Summer Moon Coffee Roasters**

**P.O. Box 92333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Austin** | **TX** | **78709** | **Goods** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **1/1/19**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109**   Nonpriority creditor's name and mailing address

**Synter Resource Group**

**5935 Rivers Ave., Suite 102**

**Charleston**                    **SC      29406**

Date or dates debt was incurred       **3/29/19**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$137.88

---

**3.110**   Nonpriority creditor's name and mailing address

**Tennessee Scanio**

**5425 Burnet Road**

**Austin**                    **TX      78756**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$209,500.00

---

**3.111**   Nonpriority creditor's name and mailing address

**Texas Craft Brewers Guild**

**PO Box 660356**

**Austin**                    **TX      78766**

Date or dates debt was incurred       **6/6/19**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,980.40

---

**3.112**   Nonpriority creditor's name and mailing address

**Texas Disposal Systems, Inc.**

**PO Box 660816**

**Dallas**                    **TX      75266**

Date or dates debt was incurred       **11/14/18**

Last 4 digits of account number       **6   8   0   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,223.58

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Gas Service**

**P.O. Box 219913**

| **Kansas City** | **MO** | **64121** |
|---|---|---|

Date or dates debt was incurred      **2/14/19**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,948.65

| 3.114 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Workforce Commission**

**TWC Building-Regulatory Integrity Div.**

**101 E. 15th St.**

| **Austin** | **TX** | **78778** |
|---|---|---|

Date or dates debt was incurred      **5/1/19**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$32,332.10

| 3.115 | Nonpriority creditor's name and mailing address |
|---|---|

**The Blue River Fox, LLC**

**Attn: Jeff Ezell**

**3839 Bee Caves Rd., Ste. 205**

| **Austin** | **TX** | **78746** |
|---|---|---|

Date or dates debt was incurred      **3/15/16**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$500,000.00

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**The Boelter Companies**

**P.O. Box 8741**

| **Carol Stream** | **IL** | **60197-8741** |
|---|---|---|

Date or dates debt was incurred      **9/1/18**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
☑ No
☐ Yes

$15,534.75

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

         Amount of claim

---

**3.117**   Nonpriority creditor's name and mailing address

**The Breunig Law Firm PLLC**

**4408 Spicewood Springs Rd**

**Austin**         **TX**    **78759**

Date or dates debt was incurred    **10/5/18**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,492.50**

---

**3.118**   Nonpriority creditor's name and mailing address

**The Brewing Science Institute**

**106 Glen Dale Drive**

**Woodland Park**       **CO**    **80863**

Date or dates debt was incurred    **2/22/19**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$346.28**

---

**3.119**   Nonpriority creditor's name and mailing address

**The Bug Lady**

**Attn: Bobbie Terry**

**PO Box 384**

**Cedar Creek**        **TX**    **78612**

Date or dates debt was incurred    **3/12/19**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,347.26**

---

**3.120**   Nonpriority creditor's name and mailing address

**The Print Shoppe**

**5321 Industrial Oaks Blvd**

**Suite 128**

**Austin**         **TX**    **78735**

Date or dates debt was incurred    **10/1/18**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,291.74**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $727.27 |
|---|---|---|---|

**Time Warner Cable**

**P.O. Box 60074**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**City of Industry**          **CA      91716**

**Basis for the claim:**
**Services**

Date or dates debt was incurred    **2/6/19**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,583.48 |
|---|---|---|---|

**Total Beverage Solutions (TBS)**

**421 Wando Park Blvd.**

**Suite 200**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mt. Pleasant**          **SC      29464**

**Basis for the claim:**
**Royalties**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,601.80 |
|---|---|---|---|

**Transmarket**

**P.O. Box 16651**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Temple Terrace**          **FL      33687**

**Basis for the claim:**
**Services**

Date or dates debt was incurred    **5/15/18**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.34 |
|---|---|---|---|

**TxTag**

**12719 Burnet Road**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin**          **TX      78727**

**Basis for the claim:**
**Services**

Date or dates debt was incurred    **3/25/19**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.125 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Unifirst**

**6000 Bolm Rd**

| | |
|---|---|
| **Austin** | **TX    78721** |

Date or dates debt was incurred    **1/1/19**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,119.01**

---

| 3.126 | **Nonpriority creditor's name and mailing address** |
|---|---|

**United Healthcare**

**PO Box 740800**

| | |
|---|---|
| **Atlanta** | **GA    30374** |

Date or dates debt was incurred    **11/1/18**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,995.98**

---

| 3.127 | **Nonpriority creditor's name and mailing address** |
|---|---|

**University of St. Thomas**

**3800 Montrose Blvd**

| | |
|---|---|
| **Houston** | **TX    77006** |

Date or dates debt was incurred    **10/25/18**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$200.00**

---

| 3.128 | **Nonpriority creditor's name and mailing address** |
|---|---|

**US Engineering  Innovations (Kmalt)**

**3433 Roanoke Road**

| | |
|---|---|
| **Kansas City** | **MO    64111** |

Date or dates debt was incurred    **2/15/19**

Last 4 digits of account number    **2   1   0   7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,056.00**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.129**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.129**    Nonpriority creditor's name and mailing address

**Vermont Information Proc.**

**402 Watertower Circle**

**Colchester**                    **VT**      **05446**

Date or dates debt was incurred      **2/19/19**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,404.40

---

**3.130**    Nonpriority creditor's name and mailing address

**Weber Scientific**

**2732 Kuser Road**

**Hamilton**                    **NJ**      **08691**

Date or dates debt was incurred      **1/28/19**

Last 4 digits of account number      **9   2   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,939.05

---

**3.131**    Nonpriority creditor's name and mailing address

**Wesco Chemicals**

**103 Industrial Drive**

**Waxahachie**                    **TX**      **75165**

Date or dates debt was incurred      **1/4/19**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,166.95

---

**3.132**    Nonpriority creditor's name and mailing address

**White Labs, Inc**

**9495 Candida Street**

**San Diego**                    **CA**      **92126**

Date or dates debt was incurred      **1/1/19**

Last 4 digits of account number      **6   0   7   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$147.00

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.133 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$660.00

**Wyeast Laboratories, Inc.**

**Box 146**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Odell**          **OR**      **97044**          **Goods**

**Date or dates debt was incurred**    **4/11/19**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

| 3.134 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$53.74

**ZipCash**

**P.O. Box 6602444**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas**          **TX**      **75266**          **Services**

**Date or dates debt was incurred**    **3/31/19**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **Atlas, Hall & Rodriguez, LLP**  
    **Attn: Daniel G. Gurwitz/Betsy Dyke**  
    **P.O. Drawer 3725**  

    **McAllen**      **TX**   **78502**

Line  **3.84**  
☐ Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

**4.2**  **Atlas, Hall & Rodriguez, LLP**  
    **Attn: Daniel G. Gurwitz/Betsy Dyke**  
    **P.O. Drawer 3725**  

    **McAllen**      **TX**   **78502**

Line  **3.54**  
☐ Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

**4.3**  **Briggle & Polan, PLLC**  
    **Attn:Parker P. Polan/S.A. Hayden Briggle**  
    **812 San Antonio St., Ste. 310**  

    **Austin**      **TX**   **78701**

Line  **3.4**  
☐ Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

**4.4**  **C. Ashley Callahan**  
    **Law Offices of C. Ashley Callahan, P.C.**  
    **The Haehnel Buildings**  
    **1101 E. 11th St.**  
    **Austin**      **TX**   **78702**

Line  **3.4**  
☐ Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

**4.5**  **DuBois, Bryant & Campbell, LLP**  
    **Attn: Curran M. Walker**  
    **303 Colorado, Suite 2300**  

    **Austin**      **TX**   **78701**

Line  **3.102**  
☐ Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

**4.6**  **Goldstein & McClintock**  
    **Attn: Brian J. Jackiw**  
    **111 W. Washington, Ste. 1221**  

    **Chicago**      **IL**   **60602**

Line  **3.19**  
☐ Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **K&L Gates LLP** | Line __**3.122**__ | __ __ __ __ |
| | **Attn: Steven L. Caponi** | ☐ Not listed.  Explain: | |
| | **600 King St., Ste. 901** | | |
| | **Wilmington          DE     19801** | | |
| 4.8 | **Kohner, Mann & Kailas, S.C.** | Line __**3.116**__ | __ __ __ __ |
| | **Attn: Darrell R. Zall** | ☐ Not listed.  Explain: | |
| | **4650 N. Port Washington Rd.** | | |
| | **Milwaukee          WI     53212-1059** | | |
| 4.9 | **Texas Alcohic Beverage Commission** | Line _____ | __ __ __ __ |
| | **Licenses and Permits Division** | ☑ Not listed.  Explain: | |
| | **P.O. Box 13127** | **Notice Only** | |
| | **Austin          TX     78711** | | |
| 4.10 | **Texas Comptroller of Public Accounts** | Line _____ | __ __ __ __ |
| | **Revenue Accounting Div.-Bankruptcy Sec.** | ☑ Not listed.  Explain: | |
| | **P.O. Box 13528 Capitol Station** | **Taxes** | |
| | **Austin          TX     78711** | | |
| 4.11 | **U.S. Small Business Administration** | Line _____ | __ __ __ __ |
| | **Attn: Stephen Bass** | ☑ Not listed.  Explain: | |
| | **615 E. Houston Street, Suite 298** | **Notice Only** | |
| | **San Antonio          TX     78205** | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

                                                                              **Total of claim amounts**

5a.  **Total claims from Part 1**                              5a.    _____**$101,707.01**_____

5b.  **Total claims from Part 2**                              5b. **+** _____**$3,058,680.23**_____

5c.  **Total of Parts 1 and 2**                               5c.    _____**$3,160,387.24**_____
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **FFBC Operations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **19-10869**       Chapter    **11**
(if known)

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

    ☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.    **List all contracts and unexpired leases**

                                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Raw materials contract | **Crosby Hop Farm, LLC** |
| | | | **8648 Crosby Rd. NE** |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | **Woodburn**    **OR**    **97071** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | **Crown Equipment** |
| | | | **PO Box 941173** |
| | State the term remaining | 25 months | |
| | List the contract number of any government contract | | **Cincinnati**    **OH**    **45264-1173** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle lease | **Ford Credit** |
| | | | **PO Box 650575** |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | **Dallas**    **TX**    **75265** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle lease | **Ford Credit** |
| | | | **PO Box 650575** |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | **Dallas**    **TX**    **75265** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lab equipment lease | Navitas Credit Corp. |
| | | | 111 Executive Center Dr. |
| | | | Ste. 102 |
| | State the term remaining | 34 months | |
| | List the contract number of any government contract | | Columbia        SC      29210 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Filtration equipment lease | Navitas Credit Corp. |
| | | | 111 Executive Center Dr. |
| | | | Ste. 102 |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | Columbia        SC      29210 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease | Wells Fargo Finance |
| | | | PO Box 29482 |
| | | | |
| | State the term remaining | 49 months | |
| | List the contract number of any government contract | | Phoenix          AZ      85038 |

☐ Check if this is an
    amended filing

Official Form 206H

**Schedule H: Codebtors**        12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1**   **Christine Celis** | **2208 Trail of the Madrones**<br>Number    Street<br><br>**Austin**      **TX**   **78746**<br>City       State   ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2**   **Christine Celis** | **2208 Trail of the Madrones**<br>Number    Street<br><br>**Austin**      **TX**   **78746**<br>City       State   ZIP Code | **Wells Fargo Corp Trust Services** | ☑ D<br>☐ E/F<br>☐ G |
| **2.3**   **Christine Celis** | **2208 Trail of the Madrones**<br>Number    Street<br><br>**Austin**      **TX**   **78746**<br>City       State   ZIP Code | **Navitas Credit Corp.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.4**   **Christine Celis Brewery Limited Company** | **2208 Trail of the Madrones**<br>Number    Street<br><br>**Austin**      **TX**   **78746**<br>City       State   ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| **2.5**   **FFBC - Family LLC** | **2208 Trail of the Madrones**<br>Number    Street<br><br>**Austin**      **TX**   **78746**<br>City       State   ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.6 | FFBC GP, LLC | **10001 Metric Boulevard**<br>Number    Street<br><br>**Austin**     **TX**   **78758**<br>City                State   ZIP Code | **Celis Phoenix, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | FFBC GP, LLC | **10001 Metric Boulevard**<br>Number    Street<br><br>**Austin**     **TX**   **78758**<br>City                State   ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | FFBC Real Estate, LLC | **10001 Metric Boulevard**<br>Number    Street<br><br>**Austin**     **TX**   **78758**<br>City                State   ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | FFBC Real Estate, LLC | **10001 Metric Boulevard**<br>Number    Street<br><br>**Austin**     **TX**   **78758**<br>City                State   ZIP Code | **Wells Fargo Corp Trust Services** | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | FFBC Real Estate, LLC | **10001 Metric Boulevard**<br>Number    Street<br><br>**Austin**     **TX**   **78758**<br>City                State   ZIP Code | **The Blue River Fox, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Flemish Fox Brewery & Craftworks, LP | **10001 Metric Boulevard**<br>Number    Street<br><br>**Austin**     **TX**   **78758**<br>City                State   ZIP Code | **The Blue River Fox, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | Flemish Fox Brewery & Craftworks, LP | **10001 Metric Boulevard**<br>Number    Street<br><br>**Austin**     **TX**   **78758**<br>City                State   ZIP Code | **Celis Phoenix, LLC** | ☑ D<br>☐ E/F<br>☐ G |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.13 | **Flemish Fox Brewery & Craftworks, LP** | **10001 Metric Boulevard**<br>Number      Street<br><br>**Austin**      **TX**   **78758**<br>City                State  ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | **Ivy Alyce Irrevocable Trust** | **c/o Christine Celis, Trustee**<br>Number      Street<br>**2208 Trail of the Madrones**<br>**Austin**      **TX**   **78746**<br>City                State  ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | **Jack Howard Irrevocable Trust** | **c/o Christine Celis, Trustee**<br>Number      Street<br>**2208 Trail of the Madrones**<br>**Austin**      **TX**   **78746**<br>City                State  ZIP Code | **Amplify Credit Union** | ☑ D<br>☐ E/F<br>☐ G |

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
        Copy line 88 from Schedule A/B.................................................................................

| $0.00 |

   1b.  **Total personal property:**
        Copy line 91A from Schedule A/B.............................................................................

| $5,218,381.83 |

   1c.  **Total of all property**
        Copy line 92 from Schedule A/B................................................................................

| $5,218,381.83 |

---

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..........................

| $9,040,071.21 |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F...............................................

| $101,707.01 |

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................

| + $3,058,680.23 |

4.  **Total liabilities**
    Lines 2 + 3a + 3b.............................................................................................

| $12,200,458.45 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/31/2019**     X **/s/ Christine Celis** _____
     MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                 **Christine Celis** _____
                                   Printed name

                                   **Manager of General Partner of Member** _____
                                   Position or relationship to debtor

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

 ☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,948,805.29** |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$3,792,516.00** |
| **For the year before that:** | From 07/01/2017 to 12/31/2017<br>MM / DD / YYYY MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,190,498.00** |

2. **Non-business revenue**

 Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

 ☐ None

| | | | Description of sources of revenue | Gross revenue<br>from each source<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to<br>MM / DD / YYYY | Filing date | **Interest** | **$2.93** |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY MM / DD / YYYY | | **Interest** | **$537.00** |
| **For the year before that:** | From 07/01/2017 to 12/31/2017<br>MM / DD / YYYY MM / DD / YYYY | | **Interest** | **$1,568.00** |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express**<br>Creditor's name<br>**PO Box 640558**<br>Street<br><br>**Dallas**          **TX**   **75265-0558**<br>City                State   ZIP Code | **4/1/19,**<br>**4/8/19,**<br>**4/12/19** | **$28,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | **Great American Insurance Group (SK&P Ins**<br>Creditor's name<br>**9600 Great Hills Trail**<br>Street<br>**Suite 170E**<br><br>**Austin**          **TX**   **78759-6327**<br>City                State   ZIP Code | **5/20/19,**<br>**6/17/19** | **$12,131.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.3. | **Texas Alcohic Beverage Commission**<br>Creditor's name<br>**5806 Mesa Drive**<br>Street<br><br>**Austin**          **TX**   **78731**<br>City                State   ZIP Code | **5/14/19** | **$7,227.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Liquor taxes** |
| 3.4. | **Stephen Reveille**<br>Creditor's name<br><br>Street<br><br>City                State   ZIP Code | **5/10/19,**<br>**5/17/19** | **$37,304.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.5. | **Texas Comptroller of Public Accounts**<br>Creditor's name<br>**Revenue Accounting Div.-Bankruptcy Sec.**<br>Street<br>**P.O. Box 13528 Capitol Station**<br>**Austin**          **TX**   **78711**<br>City                State   ZIP Code | **6/18/19** | **$66,383.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Taxes** |
| 3.6. | **Microstar**<br>Creditor's name<br>**2401 15th Street**<br>Street<br>**Suite 200**<br><br>**Denver**          **CO**   **80202**<br>City                State   ZIP Code | **4/11/19,**<br>**4/30/19** | **$20,307.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

3.7. **Cleveland Terrazas PLLC**
Creditor's name
**4611 Bee Cave Rd**
Street
**Suite 306 B**

**Austin**          **TX**    **78746**
City                State   ZIP Code

Dates: **5/29/19,** **6/7/19**

Total amount or value: **$10,729.31**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

3.8. **City of Austin**
Creditor's name
**P.O. Box 2267**
Street

**Austin**          **TX**    **78783**
City                State   ZIP Code

Dates: **5/21/19,** **4/17/19**

Total amount or value: **$21,930.17**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

3.9. **Austin Air & Ice LLC**
Creditor's name
**PO Box 2374**
Street

**Leander**         **TX**    **78646**
City                State   ZIP Code

Dates: **5/9/19**

Total amount or value: **$6,938.83**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

3.10. **Alltran Financial, LP**
Creditor's name
**P.O. Box 4043**
Street

**Concord**         **Ca**    **94524**
City                State   ZIP Code

Dates: **4/17/19,** **4/24/19,** **5/2/19,** **5/8/19,** **5/15/19,** **5/22/19,** **5/30/19,** **6/5/19,** **6/13/19,** **6/19/19,** **6/28/19**

Total amount or value: **$60,500.00**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

3.11. **Health Care Services**
Creditor's name

Street

City                State   ZIP Code

Dates: **4/3/19,** **5/1/19,** **6/3/19**

Total amount or value: **$17,665.12**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

3.12. **Mahala Guevara**
Creditor's name

Street

City                State   ZIP Code

Dates: **5/1/19,** **5/10/19,** **6/6/19**

Total amount or value: **$8,092.31**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.13.** **Jan Matyscik**
Creditor's name

Street

City    State    ZIP Code

Dates: 5/2/19, 5/13/19

Total amount or value: $7,692.31

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

---

**3.14.** **Penske Truck Leasing**
Creditor's name
**PO Box 827380**
Street

**Philadelphia**    **PA**    **19182-7380**
City    State    ZIP Code

Dates: 4/22/19, 5/22/19, 6/24/19

Total amount or value: $8,710.43

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.15.** **Navitas Credit Corp.**
Creditor's name
**111 Executive Center Dr.**
Street
**Ste. 102**

**Columbia**    **SC**    **29210**
City    State    ZIP Code

Dates: 4/1/19, 4/4/19, 5/1/19, 5/4/19, 6/3/19, 6/4/19

Total amount or value: $7,825.33

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.16.** **Wells Fargo Bank**
Creditor's name
**420 Montgomery Street**
Street

**San Francisco**    **CA**    **94104**
City    State    ZIP Code

Dates: 4/11/19, 5/15/19

Total amount or value: $45,514.43

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.17.** **Darby Law Firm**
Creditor's name
**8127 Mesa Drive**
Street
**B206-149**

**Austin**    **TX**    **78759**
City    State    ZIP Code

Dates: 5/13/19

Total amount or value: $9,234.13

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.18.** **Christine Shipley**
Creditor's name
**1605 W. 35th Street**
Street

**Austin**    **TX**    **78703**
City    State    ZIP Code

Dates: 4/3/19

Total amount or value: $6,148.50

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.19.** **Waller Lansden Dortch & Davis, LLP**
Creditor's name
**100 Congress Ave., 18th Floor**
Street

**Austin**    **TX**    **78701**
City    State    ZIP Code

Dates: 6/28/19

Total amount or value: $12,757.07

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Texas Comptroller of Public Accounts** | **Notice of Freeze** | **6/14/19** | **$69,419.00** |
| Creditor's name | | | |
| **Revenue Accounting Div.-Bankruptcy Sec.** | | | |
| Street | | | |
| **P.O. Box 13528 Capitol Station** | | | |
| **Austin**          **TX**     **78711** | Last 4 digits or account number: XXXX- **7  9  4  9** | | |
| City                State    ZIP Code | | | |

## Part 3:     Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|      | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **L&F Distributors, LLC and Favorite Brands, LLC v. FFBC Operations, LLC** | **Request for declaratory judgment re: exclusive distribution rights** | **93rd Judicial District Court** <br> Name <br> **Hidalgo County** <br> Street <br> **100 N. Closner, 2nd Floor** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | Case number <br> **C-2222-18-B** | | **Edinburg**          **TX**     **78539** <br> City                State    ZIP Code | |
| 7.2. | **Travis County, et al. v. FFBC Operations, LLC** | **Tax suit** | **Travis County District Court** <br> Name <br> **1000 Guadalupe Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | Case number <br> **D-1-GN-19-003080** | | **Austin**          **TX**     **78701** <br> City                State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.3. Vino.com L.L.C. d/b/a Total Beverage Solution v. FFBC Operations, LLC | Breach of contract | Superior Court of the State of Delaware<br>Name<br>Kent County Courthouse<br>Street<br>414 Federal Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**K19C-05-002 JJC** | | **Dover**          **DE**   **19901**<br>City            State  ZIP Code | |
| 7.4. American Canning, LLC v. FFBC Operations, LLC, FFBC Real Estate, LLC, FFBC GP, LLC, FFBC-Dallas, LLC, FFBC-Family, LLC and Celis Brewery | Suit on sworn account/breach of contract | Travis County Court at Law #1<br>Name<br>1000 Guadalupe Street<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**C-1-CV-19-003878** | | **Austin**          **TX**   **78701**<br>City            State  ZIP Code | |
| 7.5. Berlin Packaging L.L.C. v. FFBC Operations, LLC | ?????? | Cook County Circuit Court<br>Name<br>County Dept.-Law Division<br>Street<br>50 W, Washington Street, Room 1001 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**2019-L-003406** | | **Chicago**          **IL**   **60602**<br>City            State  ZIP Code | |
| 7.6. Boelter Beverage, LLC v. FFBC Operations, LLC | Money judgment over $10,000 | Waukesha County Circuit Court<br>Name<br>515 W. Moreland Boulevard<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**2019CV000900** | | **Waukesha**          **WI**   **53118**<br>City            State  ZIP Code | |
| 7.7. Snap Kitchen Investments, LLC v. FFBC Operations, LLC | Breach of contract | 53rd Judicial District Court<br>Name<br>Travis County<br>Street<br>1000 Guadalupe Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**D-1-GN-19-002035** | | **Austin**          **TX**   **78701**<br>City            State  ZIP Code | |
| 7.8. Bradley Foster | Wage claim - non-payment of bonuses | Texas Workforce Commission<br>Name<br>101 E. 15th Street<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**19-051880-9** | | **Austin**          **TX**   **78701**<br>City            State  ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Michael Griffin** | **Wage claim - non-payment of wages** | **Texas Workforce Commission** <br> Name <br> **101 E. 15th Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **19-053482-0** | | **Austin**    **TX**   **78701** <br> City    State   ZIP Code | |
| 7.10. | **William Mulroy** | **Wage claim - Non-payment of wages** | **Texas Workforce Commission** <br> Name <br> **101 E. 15th Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **19-053818-4** | | **Austin**    **TX**   **78701** <br> City    State   ZIP Code | |
| 7.11. | **Hill Morrison, Inc. v. FFBC Operations, LLC and FFBC Real Estate, LLC** | **Breach of contract/foreclosure of mechanic's lien** | **419th Judicial District Court** <br> Name <br> **Travis County** <br> Street <br> **1000 Guadalupe** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **D-1-GN-19-001624** | | **Austin**    **TX**   **78701** <br> City    State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Barks for Beers** <br> Recipient's name <br> **2407 South Congress Ave.** <br> Street <br> **Suite E-401** <br> <br> **Austin**    **TX**   **78704** <br> City    State   ZIP Code <br> <br> Recipient's relationship to debtor <br> **None** | **Monetary** | **5/2018** | **$7,000.00** |

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Waller Lansden Dortch & Davis, LLP** | | **6/25/19** | __$112,500.00__ |

**Address**

__100 Congress Avenue, 18th Floor__
Street

_____

__Austin__        __TX__   __78701__
City               State   ZIP Code

**Email or website address**
__www.wallerlaw.com__

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Harney Partners** | | **6/25/19** | __$25,000.00__ |

**Address**

__401 Congress Avenue, Suite 1540__
Street

_____

__Austin__        __TX__   __78701__
City               State   ZIP Code

**Email or website address**
__www.harneypartners.com__

**Who made the payment, if not debtor?**

_____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.   Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.   Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|---|
| 14.1. | **5425 Burnet Road** | | | From | **7/1/17** | To  **4/30/19** |
| | Street | | | | | |
| | **Suite 106** | | | | | |
| | **Austin** | **TX** | **78756** | | | |
| | City | State | ZIP Code | | | |

## Part 8:    Health Care Bankruptcies

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Snap Kitchen - sublease**<br>Name<br><br>**9330 United Drive**<br>Street<br><br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>**Austin**         **TX**   **78753**<br>City          State   ZIP Code | **James Badum**<br><br>Address<br>**1228 Antoinette Place**<br>**Austin, TX 78727** | **Packaging and finished goods** | ☑ No<br>☐ Yes |
| **Snap Kitchen - sublease**<br>Name<br><br>**9330 United Drive**<br>Street<br><br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>**Austin**         **TX**   **78753**<br>City          State   ZIP Code | **William Mulroy, Jr.**<br><br>Address<br>**3913 Tordera Drive**<br>**Austin, TX 78738** | **Packaging and finished goods** | ☑ No<br>☐ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

<table>
<tr><td>**Part 12:**</td><td>**Details About Environmental Information**</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

<table>
<tr><td>**Part 13:**</td><td>**Details About the Debtor's Business or Connections to Any Business**</td></tr>
</table>

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Austin Icon Management**_____ | | From | **7/2017**_____ | To | **4/2019**_____ |
| | Name | | | | | |
| | **5425 Burnet Road**_____ | | | | | |
| | Street | | | | | |
| | _____ | | | | | |
| | **Austin**_____ | **TX**__ | **78756**_____ | | | |
| | City | State | ZIP Code | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|

26b.1.  **Austin Icon Management**
Name
**5425 Burnet Road**
Street

**Austin**    **TX**    **78756**
City     State   ZIP Code

From  **7/2017**   To  **4/2019**

Name and address       Dates of service

26b.2.  **The Holloman Group**
Name
**7557 Rambler Road, Suite 560**
Street

**Dallas**    **TX**    **75231**
City     State   ZIP Code

From  **7/2017**   To  **Present**

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Name and address       **If any books of account and records are unavailable, explain why**

26c.1.  **Christine Celis**
Name
**2208 Trail of the Madrones**
Street

**Austin**    **TX**    **78746**
City     State   ZIP Code

**Not able to access accounting records- bookkeeper and CFO resigned 4/2019.**

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.  **Amplify Credit Union**
Name
**PO Box 81369**
Street

**Austin**    **TX**    **78708**
City     State   ZIP Code

Name and address

26d.2.  **Holloman Group**
Name
**7557 Rambler Road**
Street
**Suite 560**

**Dallas**    **TX**    **75231**
City     State   ZIP Code

**Name and address**

26d.3.  **The Breunig Law Firm PLLC**
Name
**4408 Spicewood Springs Rd**
Street
**Suite 104**

**Austin**                          **TX**        **78759**
City                                State      ZIP Code

**Name and address**

26d.4.  **St. Arnold Brewing Company**
Name
**2000 Lyons Avenue**
Street

**Houston**                         **TX**        **77020**
City                                State      ZIP Code

**Name and address**

26d.5.  **Buffalo Bayou Brewing Co.**
Name
**5301 Nolda Street**
Street

**Houston**                         **TX**        **77007**
City                                State      ZIP Code

**Name and address**

26d.6.  **Bell's Brewery**
Name
**355 E. Kalamazo Avenue**
Street

**Kalamazoo**                       **MI**        **49007**
City                                State      ZIP Code

**Name and address**

26d.7.  **Big Bend Brewing Co.**
Name
**3401 West Hwy. 90**
Street

**Alpine**                          **TX**        **79830**
City                                State      ZIP Code

**Name and address**

26d.8.  **Brewers Advisory Group**
Name
**164 Market Street**
Street
**#323**

**Charleston**                      **SC**        **29401**
City                                State      ZIP Code

**Name and address**

26d.9.   **Constellation Brands**

Name

**17802 Frontage Road, #100**

Street

**San Antonio**                          **TX**       **78257**

City                                     State     ZIP Code

**Name and address**

26d.10.   **Celis Phoenix, LLC**

Name

**Attn: John Nelson**

Street

**4627 Inicio Lane**

**Austin**                               **TX**       **78725**

City                                     State     ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **John West** | **6/30/19** | **$243,954.23 / Cost** |

**Name and address of the person who has possession of inventory records**

27.1.   **John West**

Name

**432 Elvira Street**

Street

**Fredericksburg**                       **TX**       **78624**

City                                     State     ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **John West** | **5/31/19** | **$251,568.56 / Cost** |

**Name and address of the person who has possession of inventory records**

27.2.   **John West**

Name

**432 Elvira Street**

Street

**Fredericksburg**                       **TX**       **78624**

City                                     State     ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christine Celis** | **2208 Trail of the Madrones**<br>**Austin, TX 78746** | **Founder/Manager** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **William Mulroy, Jr.** | **3913 Tordera Drive Austin, TX 78738** | **President/COO** | From **10/2017** To **4/2019** |
| **Jeff Ezell** | **3839 Bee Caves Road Suite 205 Austin, TX 78746** | **Chairman of the Board** | From **6/2017** To **6/2019** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Daytona Camps** <br> Name <br> **2208 Trail of the Madrones** <br> Street <br><br> **Austin**          **TX**   **78746** <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> **Daughter of Christine Celis, Founder** | **$45,000.00** | **7/2018, 8/2018, 9/2018, 10/2018, 11/2018, 12/2018, 1/2019, 2/2019, 3/2019, 4/2019, 5/2019, 6/2019** | **Compensation** |

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.2. | **Christine Celis** <br> Name <br> **2208 Trail of the Madrones** <br> Street <br><br> <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> **Founder** | **$60,000.00** | **7/2018, 8/2018, 9/2018, 10/2018, 11/2018, 12/2018, 1/2019, 2/2019, 3/2019, 4/2019, 5/2019, 6/2019** | **Compensation** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

<table>
<tr><td>**Part 14:**</td><td>**Signature and Declaration**</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/31/2019**
             MM / DD / YYYY

**X** **/s/ Christine Celis**                                  Printed name  **Christine Celis**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor  **Manager of General Partner of Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

IN RE:                                                    CHAPTER   **11**

**FFBC Operations, LLC**

DEBTOR(S)                                         CASE NO   **19-10869**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Flemish Fox Brewery & Craftworks, LP<br>10001 Metric Boulevard<br>Austin, TX 78758 | Membership interests | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Manager of General Partner of Member**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**7/31/2019**_____          Signature:__**/s/ Christine Celis**_____

                                                              *Christine Celis*
                                                              **Manager of General Partner of Member**