# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| FFBC OPERATIONS, LLC, *et al.*, | § § | Case Number 19-10869-hcm |
| Debtors. | § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF AMPLIFY CREDIT UNION

| **Witnesses to be called by Amplify Credit Union** | Judge: Honorable H. Christopher Mott |
|---|---|
| | Hearing Date: Monday, September 16, 2019 |
| Shirley Sheffield, AVP Commercial Loan Officer, Amplify Credit Union | Hearing Time: 1:30 p.m. |
| Todd D. Milligan, Appraiser, Titan Valuation | Party's Name: Amplify Credit Union |
| Ross Blanchard, Appraiser, Nationwide Valuations | Attorney's Name: Sabrina L. Streusand |
| Witnesses called by any other party | Attorney's Phone: (512) 236-9901 |
| | Nature of Proceeding: *Debtors' Motion for Entry of Intertim and Final Orders (i) Authorizing Debtors to Obtain Post-Petition Financing on a Secured, Superpriority Basis, (ii) Granting Adequate Protection, (iii) Scheduling a Final Hearing, (iv) Modifying the Automatic Stay, and (v) Granting Related Relief* [Docket No. 74] |

## EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Loan Agreement<br>Loan No. 516052<br>Amount $5,300,000.00 | | | | |
| 2 | Real Estate First Lien Note<br>Loan No. 516052 | | | | |
| 3 | Deed of Trust (with Security Agreement)<br>Loan No. 516052 | | | | |
| 4 | Security Agreement<br>Loan No. 516052 | | | | |
| 5 | UCC Financing Statement search as of September 11, 2019 and UCC Financing Statement Filed in Texas | | | | |

| | | | | |
|---|---|---|---|---|
| Secretary of State March 29, 2016 Loan No. 516052 | | | | |
| Exhibits Designated by Any Other Party | | | | |

Dated: September 11, 2019

Respectfully submitted,

By: /s/ *Sabrina L. Streusand*
Sabrina L. Streusand
State Bar No. 11701700
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com

**ATTORNEYS FOR AMPLIFY CREDIT UNION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 11th day of September, 2019 upon all parties on the attached Limited Service List.

*/s/ Sabrina L. Streusand*
Sabrina L. Streusand

# LIMITED SERVICE LIST

**Debtors**
FFBC Operations, LLC
FFBC Real Estate, LLC
10001 Metric Blvd.
Austin, TX 78758

**Counsel to Debtors**
Waller Lansden Dortch & Davis LLP
Attn: Eric J. Taube/Mark C. Taylor
100 Congress Ave., Ste. 1800
Austin, TX 78701

**Governmental Agencies**
Bruce Elfant - Tax Assessor
PO Box 149328
Austin, TX 78714-9328

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Texas Workforce Commission
TWC Building-Regulatory Integrity Div.
101 E. 15th St.
Austin, TX 78778

Texas Alcoholic Beverage Commission
Licenses and Permits Division
P.O. Box 13127
Austin, TX 78711

Texas Comptroller of Public Accounts
Revenue Accounting Div.- Bankruptcy Sec.
P.O. Box 13528 Capitol Station
Austin, TX 78711

Travis County Tax Office
5501 Airport Blvd
Austin, TX 78751

TTB Excise Tax Bureau
P.O. Box 790353
St. Louis, MO 63179 -0353

U.S. Small Business Administration
Little Rock Commercial Loan Svc Center
2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202

U.S. Small Business Administration
Attn: Stephen Bass
615 E. Houston Street, Suite 298
San Antonio, Texas 78205

United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701

**Secured Creditors**
Amplify Credit Union
PO Box 81369
Austin, TX 78708

Wells Fargo Corp Trust Services
NW 6441
PO Box 1450
Minneapolis, MN 55485-6441

Celis Phoenix, LLC
4627 Inicio Lane
Austin, TX 78725

Crown Equipment
PO Box 941173
Cincinnati, OH 45264-1173

Navitas Credit Corp.
111 Executive Center Dr. Ste. 102
Columbia, SC 29210

Pedernales Brewing Company
97 Hitchin' Post Trail
Fredericksburg, TX 78624

Wells Fargo Finance
PO Box 29482
Phoenix, AZ 85038

Westrock CP, LLC
P.O. Box 409813
Atlanta, GA 30384

**Consolidated List of Twenty Largest Unsecured Creditors**
The Blue River Fox, LLC
Attn: Jeff Ezell
3839 Bee Caves Rd., Ste. 205
Austin, TX 78746

Eventbrite
155 5th St.
San Francisco, CA 94103

Hill Morrison Inc. dba HMI Construction
5806 Timber Trail
Austin, TX 78731

Berlin Packaging
PO Box 74007164
Chicago, IL 60674-7164

Ampersand
2901 Via Fortuna, Suite 185
Austin, TX 78746

Microstar
2401 15th Street, Suite 200
Denver, CO 80202

Co.Mac. S.r.l.
Via Giuseppe Garibaldi, 34N
24040 Bonate Sotto BG
ITALY

Country Malt Group/Brewcraft USA
PO Box 51602
Los Angeles, CA 90051-5902

BrauKon
Gewebering 3
83370 Seeon
GERMANY

American Canning
8219 Burleson Road
Suite 300
Austin, TX 78744

Crosby Hop Farm LLC
8648 Crosby Rd NE
Woodburn, OR 97071

Brewers Supply Group (BSG)
P.O. Box 74769
Chicago, IL 60694-4769

Pen & Tell Us
2101 Elton Lane
Austin, TX 78703

Great Western Malting Company
PO Box 1529
Vancouver, WA 98668-1529

Great American Insurance Group
(SK&P Ins)
9600 Great Hills Trail, Suite 170E
Austin, TX 78759-6327

Fruition Construction LLC
3865 NC-16 Business
Denver, NC 28037

Transmarket
P.O. Box 16651
Temple Terrace, FL 33687

James Houchins
P.O. Box 40028
Austin, TX 78704

The Boelter Companies
P.O. Box 8741
Carol Stream, IL 60197-8741

Pak Tech
1680 Irving Road
Eugene, OR 97402

**Notice Parties**
Streusand Landon Ozburn Lemmon LLP
Attn: Sabrina Streusand/ Rhonda Mates
1801 S. Mopac, # 320
Austin, TX 78746

Hajjar Peters LLP
Attn: Charlie Shelton
3144 Bee Caves Rd.
Austin, TX 78746

Stephen W. Sather
Barron & Newburger, PC
7320 N. Mopac Expy., Ste. 400
Austin, TX 78731

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections Div.
MC008
P.O. Box 12548
Austin, TX 78711-2548

Stephen Matthew Schultz
The Schultz Law Firm PC
The Penthouse, Suite 104
1212 Guadalupe Street
Austin, TX 78701

Kell C. Mercer
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702

Travis County
Attn: Jason A. Starks
Assistant County Attorney
P.O. Box. 1748
Austin, TX 78767

Allen M. DeBard
Langley & Banack Inc.
Trinity Plaza II, Suite 700
745 East Mulberry
San Antonio, Texas 78212-3166

Jonathan L. Gold
Michael Best & Friedrich LLP
The Wharf
1000 Main Avenue SW, Suite 400
Washington, D.C. 20024

Joseph D. Brydges
Michael Best & Friedrich LLP
One South Pickney St., Suite 700
Madison, WI 53703

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta, Senior Counsel
1301 Clay Street, Suite 650N
Oakland, CA 94612

Stephen G. Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006