TRIAL/HEARING ON:

**1-1)** **74** Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Financing on a Secured, Superpriority Basis, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief filed by Mark Curtis Taylor for Debtors FFBC Operations, LLC, FFBC Real Estate, LLC **(FINAL HEARING)**

### EXHIBIT INDEX AND WITNESS LIST

| PLAINTIFF'S /Movants ATTORNEY(s): Eric Taube for Debtors | DEFENDANT'S/Respondent ATTORNEY(s): | Case Number: 19-10869-hcm |
| --- | --- | --- |
| | | Hearing/Trial Date(s): 9/27/19 |
| PRESIDING JUDGE Judge H. Christopher Mott | COURT REPORTER Adam Wallace | COURTROOM DEPUTY Ronda Farrar |

| PLA/Mov NO. | DEF/Resp NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
| --- | --- | --- | --- | --- | --- |
| DB-1 | | 9/27/19 | | 9/27/19 | **Appraisal Report of Machinery and Equipment dated May 29, 2019, by Nationwide Valuations** |
| DB-2 | | 9/27/19 | | 9/27/19 | **Real Estate Appraisal as of February 18, 2019 by Titan Commercial Valuation** |
| DB-3 | | 9/27/19 | | 9/27/19 | **Schedules filed by FFBC Operations, LLC [Doc. 48]** |
| DB-4 | | 9/27/19 | | 9/27/19 | **Schedules filed by FFBC Real Estate, LLC [Doc. 12]** |
| DB-5 | | 9/27/19 | | 9/27/19 | **Monthly Operating Report for July 2019 filed by FFBC Operations, LLC [Doc.71]** |
| DB-6 | | 9/27/19 | | 9/27/19 | **Monthly Operating Report for July 2019 filed by FFBC Real Estate, LLC [Doc. 72]** |
| DB-7 | | 9/27/19 | | 9/27/19 | **Agreed Final Order Authorizing the Debtors' Use of Cash Collateral [Doc. 89]** |
| DB-8 | | 9/27/19 | | 9/27/19 | **Proposed Debtor-in-Possession Credit and Security Agreement [filed as Exhibit B to Doc. 74]** |
| DB-9 | | 9/27/19 | | 9/27/19 | **Interim Order (I) Authorizing Debtors to (A) Use Cash Collateral on a Limited Basis and (B) Obtain Post-Petition Financing on a Secured, Superpriority Basis, (II) Granting** |

| | | | | | **Adequate Protection, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Doc. 97]** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |